# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR EFFECTIVE GOVERNMENT, | ) ) ) |
| Plaintiff, | ) Case No. 1:13-cv-00414-ESH |
| v. | ) ) Judge Ellen S. Huvelle |
| U.S. DEPARTMENT OF STATE and U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, | ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants U.S. Department of State and U.S. Agency for International Development move for summary judgment under Local Civil Rule 7 and Rule 56 of the Federal Rules of Civil Procedure. A memorandum of points and authorities in support of defendants' motion, accompanying declarations, a Statement of Material Facts Not in Dispute, and a proposed order are attached.

Dated: June 21, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/ *Ethan P. Davis*
ETHAN P. DAVIS (N.Y. Bar)
Trial Attorney
Civil Division
Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 514-9242
Fax: (202) 616-8470
E-Mail: Ethan.P.Davis@usdoj.gov

*Attorneys for Defendants*