**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| CENTER FOR EFFECTIVE | ) | |
| GOVERNMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-414 |
| | ) | Judge Ellen S. Huvelle |
| U.S. DEPARTMENT OF STATE and | ) | |
| U.S. AGENCY FOR INTERNATIONAL | ) | |
| DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**DECLARATION OF JULIE A. MURRAY**

I, Julie A. Murray, declare as follows:

1.      I am counsel for plaintiff Center for Effective Government (the Center) in the above-captioned case. I have personal knowledge of the facts stated in this declaration.

2.      On July 29, 2013, I obtained from the White House website a copy of a fact sheet on the Presidential Policy Directive on Global Development (the Directive). I include as Attachment A a true and correct copy of that document, which is also available at http://www.whitehouse.gov/the-press-office/2010/09/22/fact-sheet-us-global-development-policy. By using the word count function of a word processor, I determined that the text of the fact sheet contains more than 2,700 words.

3.      On July 29, 2013, I obtained from the White House website a copy of a fact sheet on the President's Global Development Council. The fact sheet discusses the Directive. I include as Attachment B a true and correct copy of that document, which is also available at

http://www.whitehouse.gov/the-press-office/2012/02/09/fact-sheet-president-s-global-development-council.

4.      On July 29, 2013, I obtained from the White House website a transcript of remarks by President Obama at the Millennium Development Goals Summit at the United Nations Headquarters. In those remarks, the President announces the Directive. I include as Attachment C a true and correct copy of that transcript, which is also available at http://www.whitehouse.gov/the-press-office/2010/09/22/remarks-president-millennium-development-goals-summit-new-york-new-york.

5.      On July 29, 2013, I obtained from defendant Department of State's website a copy of an agency press release announcing then-Secretary Hillary Clinton's participation in a roundtable discussion on the Administration's "Global Development Policy." I include as Attachment D a true and correct copy of that press release, which is also available at http://www.state.gov/r/pa/prs/ps/2010/09/148091.htm.

6.      On July 29, 2013, I obtained from the website of defendant U.S. Agency for International Development (USAID) a copy of a blog post about the Presidential Policy Directive on Global Development, written by Rajiv Shah, the Administrator of USAID. I include as Attachment E a true and correct copy of that blog post, which is also available at http://blog.usaid.gov/2010/09/president-issues-first-ever-development-policy.

7.      On July 29, 2013, I obtained from the White House website a copy of the Administration's Fiscal Year 2012 budget, produced by the Office of Management and Budget, Executive Office of the President. I include as Attachment F a true and correct copy of an excerpt of that document relating to the President's budget for the Department of State and other

2

international programs. The full budget is also available at http://www.whitehouse.gov/sites/ default/files/omb/budget/fy2012/assets/budget.pdf.

8.     On July 29, 2013, I obtained from the Department of State's website a copy of the First Quadrennial Diplomacy and Development Review (QDDR) authored by the Department of State and USAID. I include as Attachment G a true and correct copy of excerpts of that document discussing the Directive. The QDDR is also available in full at http://www.state.gov/ documents/organization/153142.pdf.

9.     On July 29, 2013, I obtained from the Department of Justice's website a copy of a memorandum from Randolph Moss, then-Assistant Attorney General for the Office of Legal Counsel (OLC), regarding the legal effectiveness of a presidential directive. I include as Attachment H a true and correct copy of that memorandum, which is also available at http://www.justice.gov/olc/predirective.htm and on Westlaw, 2000 WL 33155723 (Jan. 9, 2000).

10.    On July 29, 2013, I obtained from USAID's website a copy of USAID's 2013 progress report on the agency's reform initiative called USAID Forward. The document refers to the Directive. I include as Attachment I a true and correct copy of excerpts of the progress report discussing the Directive. The document is also available in full at http://www.usaid.gov/sites/ default/files/documents/1868/2013-usaid-forward-report.pdf.

11.    On July 31, 2013, I obtained a copy from the White House website of a page about the Executive Office of the President. The document refers to the role of the National Security Staff (NSS). I include as Attachment J a true and correct copy of that page, which is also available at http://www.whitehouse.gov/administration/eop.

12.    Until defendants filed their motion for summary judgment and related declarations on June 21, 2013, my client and I did not know some of the factual assertions upon

3

which defendants now rest their claim that the Directive is exempt from disclosure as a document covered by the presidential communications privilege. In particular, we were not aware, as the defendants now assert, that the Directive was accompanied by a transmittal memorandum at the time of distribution. Accordingly, we were unable to gather evidence to counter some of the government's factual allegations until the filing of the government's motion for summary judgment.

13.     The declarations submitted by the government provide little or no detail regarding how, and to what extent, the Directive has been shared within and outside the government. The declaration of Daniel Sanborn describes recipients of the Directive in general terms and identifies only some of the recipients by title. *See* Sanborn Decl. ¶¶ 4, 9. Although the declaration states that a transmittal memorandum accompanying the Directive instructed recipients to share the Directive on a "need-to-know" basis within their agencies, the declaration does not define what a "need-to-know" basis is, whether recipients had a shared understanding of that basis, and whether recipients actually followed the memorandum's instruction. *See id.* ¶ 7. Moreover, although the Sanborn declaration states that the transmittal memorandum directed recipients not to share the Directive outside their agencies or departments without advance approval of the NSS, the declaration does not say whether the NSS ever gave such approval, and if it did, with whom the Directive was shared. *See id.* ¶ 6. The Sanborn declaration also does not say whether the Directive has been held in confidence by the President and the recipients of the Directive. Because the defendants' assertion of confidentiality for the Directive is vague and conclusory, the Center needs discovery from the U.S. Department of State, USAID, the NSS, and the White House Office to gain an understanding of the basis of defendants' allegations sufficient to permit a detailed response regarding the confidentiality of the Directive.

14.     We believe that with discovery we will be able to find facts to demonstrate, contrary to defendants' contention, that the Directive has not been held in confidence by the President and his closest advisors, or even by the recipients of the Directive. Our belief is based on concrete evidence supplied by or attributable to the government. The Sanborn declaration makes clear that the Directive may have been shared outside the agencies that received it, perhaps with non-governmental individuals. *Id.* The declaration indicates also that the Directive was intended to be shared on a need-to-know basis with other individuals beyond the original recipients. *Id.* ¶ 7. Moreover, in the First Quadrennial Diplomacy and Development Review (QDDR) by the Department of State and USAID, the defendants state that "the QDDR Team was guided by the Presidential Policy Directive on Development to ensure that findings and recommendations were aligned and complementary." *See* Attach. G at 211. That document lists the membership of the "QDDR Leadership Team" as including many individuals who are not close advisors to the President. *Id.* at 214.

15.     Plaintiff maintains that defendants have not met their burden of demonstrating that the Directive is exempt from disclosure, either as a legal or factual matter. However, if the Court disagrees, to further investigate and to disprove the claims made by defendants in regard to the confidentiality of the Directive, plaintiff's counsel will need to conduct discovery, including depositions of witnesses. Discovery would enable the Center to learn which individuals received the Directive, how the Directive has been maintained and shared by agencies, and whether the Directive has been disclosed to third parties, among other things.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed July 31, 2013, in Washington, DC.

/s/ Julie A. Murray
Julie A. Murray

# Attachment A

Get Email Updates  |  Contact Us

*Home* • *Briefing Room* • *Statements & Releases*

Search WhiteHouse.gov     [Search]

**The White House**

Office of the Press Secretary

For Immediate Release              September 22, 2010

# Fact Sheet: U.S. Global Development Policy

- President Obama's Development Policy and the Global Climate Change Initiative (pdf)
- President Obama's Development Policy and Global Food Security (pdf)
- President Obama's Development Policy and the Global Health Initiative (pdf)

Today, the President signed a Presidential Policy Directive on Global Development, the first of its kind by a U.S. administration. The directive recognizes that development is vital to U.S. national security and is a strategic, economic, and moral imperative for the United States. It calls for the elevation of development as a core pillar of American power and charts a course for development, diplomacy and defense to mutually reinforce and complement one another in an integrated comprehensive approach to national security. It provides clear policy guidance to all U.S. Government agencies and enumerates our core objectives, our operational model, and the modern architecture we need to implement this policy.

**A 21st Century Development Policy**

As our *National Security Strategy* states: "Through an aggressive and affirmative development agenda and commensurate resources, we can strengthen the regional partners we need to help us stop conflict and counter global criminal networks; build a stable, inclusive global economy with new sources of prosperity; advance democracy and human rights; and ultimately position ourselves to better address key global challenges by growing the ranks of prosperous, capable and democratic states that can be our partners in the decades ahead."

Development is thus indispensable in the forward defense of America's interests in a world shaped by growing economic integration and fragmenting political power; by the rise of emerging powers and the persistent weakness of fragile states; by the potential of globalization and risks from transnational threats; and by the challenges of hunger, poverty, disease, and global climate change. The successful pursuit of development is essential to advancing our national security objectives: security, prosperity, respect for universal values, and a just and sustainable international order.

Our investments in development – and the policies we pursue that support development – can encourage broad-based economic growth and democratic governance, facilitate the stabilization of countries emerging from crisis or conflict, alleviate poverty, and advance global commitments to the basic welfare and dignity of all humankind. Without sustainable development, meeting these challenges will prove impossible.

Through the Presidential Policy Directive, President Obama has made clear that sustainable development is a long-term proposition, and progress depends importantly on the choices of political leaders and the quality of institutions in developing countries. Where leaders govern responsibly, set in place good policies, and make investments conducive to development, sustainable outcomes can be achieved. Where those conditions are absent, it is difficult to engineer sustained progress, no matter how good our intentions or the extent of our engagement.

The President's approach to global development addresses the new strategic context faced by the United States through the following three pillars:

- A policy focused on sustainable development outcomes that places a premium on broad-based economic growth, democratic governance, game-changing innovations, and sustainable systems for meeting basic human needs;
- A new operational model that positions the United States to be a more effective partner and to leverage our leadership; and
- A modern architecture that elevates development and harnesses development capabilities spread across government in support of common objectives.



**BLOG POSTS ON THIS ISSUE**

July 27, 2013 3:41 PM EDT
President Obama Pays Tribute to Korean War Veterans: "Your Shining Deeds Will Live"
President Obama paid tribute to the veterans of the Korean War, marking the 60th anniversary of the war's end.

July 27, 2013 5:45 AM EDT
Weekly Address: A Better Bargain for the Middle Class
President Obama tells the American people about his speech at Knox College on Wednesday, where he discussed the cornerstones of what it means to be middle class, including having a good job, a home that is your own, quality education, a secure retirement, and affordable health care.

July 26, 2013 4:45 PM EDT
Weekly Wrap Up: "Building This Country's Future"
Check out a snapshot of what happened this week at the White House.

**VIEW ALL RELATED BLOG POSTS**

| Facebook | YouTube |
| Twitter | Vimeo |
| Flickr | iTunes |
| Google+ | LinkedIn |

A1

The Presidential Policy Directive seeks to forge a new and lasting bipartisan consensus on development policy within the broader context of our National Security Strategy. It builds on and formalizes many core tenets of the development agenda set in place by recent administrations, while embracing new priorities and approaches that respond to the challenges we now confront.

**A Policy Focused on Sustainable Development Outcomes**

Over the last several decades, trade-offs among competing development objectives have been made implicitly rather than explicitly, and the effectiveness of U.S. development efforts has been weakened as a result. President Obama will focus U.S. development efforts to maximize the impact of our investments and policies. Moving forward, the United States will:

Foster the next generation of emerging markets by enhancing our focus on broad-based economic growth and democratic governance. Economic growth is the only sustainable way to accelerate development and eradicate poverty. The United States will:

- Elevate broad-based economic growth as a top priority, ensuring that our investments and policies are guided by rigorous assessments of what the U.S. can do to help countries achieve sustainable growth.
- Increase the focus of resources, policy tools, and engagement in support of select countries and sub-regions where the conditions are right to sustain progress.
- Use U.S. leadership in the multilateral development banks, U.N. agencies, other international organizations, other donors, foundations, nongovernmental organizations, the private sector, and other stakeholders to deploy the full range of our development tools and policies at our disposal.

Invest in game-changing innovations with the potential to solve long-standing development challenges. Leveraging the power of research and development, the United States will:

- Increase our investments and engagement in development-focused innovation by seeking and scaling up potential game-changing development technologies such as vaccines for neglected diseases, weather-resistant seed varieties, and clean energy technologies.
- Increase public funding - while securing more private funding - for development-focused research, including by:
  ○ Capitalizing new models for innovation and bringing sustainable models to scale;
  ○ Using our leadership, bilaterally and multilaterally, to foster, highlight, and reward innovation; and
  ○ Increasing developing countries' creation and utilization of science and technology and removing impediments to innovation faced by the private sector.

Place greater emphasis on building sustainable capacity in the public sectors of our partners and at their national and community levels to provide basic services over the long-term. The United States will continue to provide medicine, emergency food aid, humanitarian relief and other assistance where it is desperately needed. But we will also strive to help increase the capacity of our partners to meet those needs by:

- Investing in systemic solutions for service delivery, public administration, and other government functions where sufficient capacity exists; a focus on sustainability and public sector capacity will be central to how the United States approaches humanitarian assistance and our pursuit of the objectives set out in the Millennium Development Goals.

Tailor development strategies in stabilization and post-crisis situations to the context of the challenges. Applying lessons from past experiences, the United States will:

- Balance our civilian and military power to address conflict, instability and humanitarian crises.
- Pursue development strategies that are appropriate to the circumstances and program resources accordingly, taking into account our core interests and the importance of linking our investments to a long-term strategy.
- Utilize development expertise in the design of interventions and adopt metrics, appropriate to our objectives and the context, against which we can measure progress.

Hold all recipients of U.S. assistance accountable for achieving development results. We must hold accountable all countries to which the United States provides assistance, including those to which we have provided substantial assistance over years or decades. The United States will:

- Seek sustained development progress consistently, even in those countries where our assistance efforts have been driven largely by other strategic considerations, and give greater attention to pursuing policy reforms essential for development, including through diplomatic engagement

**A New Operational Model**

A2

The effectiveness of our development policy will derive in large measure from how we engage, from our ability to take into account the complexity of development challenges and the changing development landscape, and from our commitment to incorporate development expertise and an orientation toward results. Moving forward, the United States will:

<u>Be more selective about where and in which sectors it works.</u>  The United States cannot do all things, do them well, and do them everywhere.  Instead, the U.S. must focus its efforts in order to maximize long-term impact.  The United States will:

- Make hard choices about how to allocate attention and resources across countries, regions, and sectors.
- Demand greater focus from assistance programs within countries, especially those with small programs.
- Reallocate resources in support of those efforts that yield the greatest impact.

<u>Underscore the importance of country ownership and responsibility.</u>  Where our partners set in place systems that reflect high standards of transparency, good governance, and accountability, the United States will:

- Respond directly to country priorities, making new investments in line with established national strategies and country development plans based on broad consultation.
- Empower responsible governments to drive development and sustain outcomes by working through national institutions rather than around them.

Forge a deliberate division of labor among key donors. The United States will:

• Seek an explicit division of labor by focusing our efforts on select countries and regions.

• Focus our expertise in a smaller number of sectors, with an emphasis on selectivity and an orientation toward results.

• Work with bilateral donors, the multilateral development banks and other international organizations to ensure complementarity and coordination of efforts.

Leverage the private sector, philanthropic and nongovernmental organizations, and diaspora communities.  The United States will:

• Reorient our approach to prioritize partnership from policy conception through to implementation, finding new ways to leverage our investments and to spur action by others both in Washington and the field.

Strengthen key multilateral capabilities. The United States will:

• Redouble our efforts to support, reform, and modernize multilateral development organizations most critical to our interests.

• Renew our leadership in the multilateral development banks, ensuring that we take advantage of their expertise and coordinate our respective efforts.

• Create new multilateral capabilities as and where needed, as we have done by making the G20 the premier forum for our international economic cooperation.

Drive our policy and practice with the disciplined application of analysis of impact.  The United States will:

• Set in place rigorous procedures to evaluate the impact of policies and programs, report on results and reallocate resources accordingly, incorporate relevant evidence and analysis from other institutions, and inform the policy and budget process.

• Undertake a more substantial investment of resources in monitoring and evaluation, including with a focus on rigorous and high-quality impact evaluations.

A Modern Architecture

To ensure the effective implementation of our new policy, the United States will raise the importance of development in our national security policy decision-making and generate greater coherence across the U.S. Government.  The United States will:

Elevate development as a central pillar of our national security policy, equal to diplomacy and defense, and build and integrate the capabilities that can advance our interests.  To ensure that development expertise is brought to bear in decision making, the Administrator of USAID will be included in meetings of the National Security Council, as appropriate.  The Administrator will report to the Secretary of State, who will ensure that development and

A3

diplomacy are effectively coordinated and mutually reinforcing in the operation of foreign policy. Through existing policy mechanisms (e.g., trade policy through the United States Trade Representative's Trade Policy Review Group, etc.), an assessment of the "development impact" of policy changes affecting developing countries will be considered.

Reestablish the United States as the global leader on international development. This entails a long-term commitment to rebuilding USAID as the U.S. Government's lead development agency – and as the world's premier development agency – by focusing on the following areas:
• The development of robust policy, budget, planning, and evaluation capabilities.
• Leadership in the formulation of country and sector development strategies, as appropriate.
• Streamlined operating methods and greater transparency.
• Learning, research and best practices that produce breakthrough results and embrace game-changing innovation.
• Investments that benefit women and girls.
• New partnerships globally that leverage the expertise and resources of others.
The Presidential Policy Directive also commits the U.S. government to building the capabilities of the Millennium Challenge Corporation and better coordinating its efforts with those of USAID and U.S. development policy more generally. The United States will more effectively draw on the contributions of agencies across the United States Government, including the Departments of Agriculture, Health and Human Services, Justice, Labor, Commerce, and Treasury, Overseas Private Investment Corporation, United States Export-Import Bank, and the United States Trade and Development Agency.

Establish mechanisms for ensuring coherence in U.S. development policy across the United States Government. The United States will:

- Formulate a U.S. Global Development Strategy for approval by the President every four years;

- Conduct a Quadrennial Diplomacy and Development Review by the Department of State and USAID, and

- Establish an Interagency Policy Committee on Global Development, led by the National Security Staff and reporting to the NSC Deputies and Principals, to set priorities, facilitate decision-making where agency positions diverge, and coordinate development policy across the executive branch, including the implementation of this PPD.

- Beyond the issues coordinated by the White House, the Secretary of State will coordinate foreign assistance and the Secretary of the Treasury will coordinate multilateral development bank policy, consistent with existing law. In the field, the Chief of Mission will ensure the coherence and coordination of development cooperation across U.S. agencies.

- Create a U.S. Global Development Council, comprised of leading members of the philanthropic sector, private sector, academia, and civil society, to provide high-level input relevant to the work of United States Government agencies.

Foster the integration of capabilities needed to address complex security environments. The United States will seek an enhanced level of interagency cooperation in complex security environments by providing strong incentives for the design of common analysis, planning, and programs that draw upon the distinct perspectives and expertise of different U.S. agencies.

**A New Partnership with Congress**

President Obama is committed to working closely with Congress to establish a shared vision of the way forward on global development. The Congress has been at the forefront of efforts to build up U.S. development capabilities and to chart new directions and priorities. Any meaningful and permanent change to how we approach development will require engagement with and buy-in from Congress. In forging this new partnership, we will seek greater flexibilities, including a reduction in earmarks and the ability to reallocate funding from less to more effective programs, while committing departments and agencies to a much higher standard of accountability for results.

**Implementation**

The National Security Staff will coordinate the interagency in implementing this Presidential Policy Directive, beginning with the FY 2012 budget process.

In addition, three major initiatives reflect work already underway to implement core elements of President Obama's new development policy:

**Feed the Future (FTF)** is the U.S. component of a global initiative launched by President Obama at the London Summit of the G20. FTF is aimed at promoting a comprehensive approach to food security by accelerating economic growth and raising incomes through greater agricultural productivity, increasing incomes and market access for the rural poor and enhancing nutrition. Our efforts are driven by country-owned strategies and coordinated with those of other donors and stakeholders, including leveraging the engagement of other stakeholders, including the private sector, academia, foundations, multilateral institutions and non-government organizations. This also includes the establishment of the Global Agriculture and Food Security Program (GAFSP)

A4

– a multilateral trust fund, based at the World Bank and launched by the United States in collaboration with other donors, including private philanthropy — designed to help poor farmers grow, market and earn more.

Our **Global Health Initiative (GHI)** builds on the foundation laid by President George Bush through the creation of the President's Emergency Program for AIDS Relief (PEPFAR). Taking into account the lessons learned over the last decade, and with an eye to achieving greater and more sustainable impact, the GHI expands our global health effort and impact by improving disease treatment, integrating our interventions and expanding our investments to strengthen health systems, improve maternal child health, address neglected tropical diseases, and foster increased research and development.

Through the **Global Climate Change Initiative (GCCI)**, the United States will integrate climate change considerations into its foreign assistance strategy to foster a low-carbon future and promote sustainable and resilient societies in coming decades. As part of President Obama's commitments in Copenhagen, we are working together with our partners to provide "fast start" climate finance approaching $30 billion during the period 2010-2012 to help meet the adaptation and mitigation needs of developing countries, including deploying clean energy technologies. The Administration will use the full range of mechanisms – bilateral, multilateral and private – to invest strategically in building lasting resilience to unavoidable climate impacts; reduce emissions from deforestation and land degradation; and, support low-carbon development strategies and the transition to a sustainable, clean energy economy. We are working to make our climate financing efficient, effective, and innovative, based on country-owned plans, and focused on achieving measurable results.

These initiatives prioritize investments in game-changing innovations and research, the capacity of host countries, and strong mechanisms to hold both ourselves and our partners accountable for achieving sustainable outcomes. To make these programs more effective, we are working closely with recipient nations, other donors, non-governmental organizations, the private sector, UN agencies, and multilateral development banks.

A5

# Attachment B

Get Email Updates | Contact Us

Home • Briefing Room • Statements & Releases

Search WhiteHouse.gov [Search]

**The White House**

Office of the Press Secretary

For Immediate Release                                    February 09, 2012

# FACT SHEET: The President's Global Development Council



*"Our U.S. Global Development Policy – the first of its kind by an American administration – is rooted in America's enduring commitment to the dignity and potential of every human being.  It outlines our new approach and the new thinking that will guide our overall development efforts.  Put simply, the United States is changing the way we do business."*
*– President Obama, September 2010*

On September 15, 2010, the President signed the Presidential Policy Directive (PPD) on Global Development, which underscores that development is vital to national security and is a strategic, economic, and moral imperative for the United States.  The PPD on Global Development provides clear guidance to all Federal agencies and sets forth a new development policy, enhanced operational model, and modern architecture for U.S. development efforts.

Consistent with that new policy, the President signed today an Executive Order establishing the President's Global Development Council.  The Council, which will be administered by the U.S. Agency for International Development (USAID), will be comprised of no more than 12 individuals from  a variety of sectors outside the Federal Government, including, among others, institutions of higher education, non-profit and philanthropic organizations, civil society, and private industry.  In addition to these 12 individuals, the Secretaries of State, Treasury, and Defense, the USAID Administrator, and the Chief Executive Officer of the Millennium Challenge Corporation will serve on the Council as non-voting members.  The Council will inform and provide advice to the President and other senior U.S. officials on U.S. global development policies and practices, support new and existing public-private partnerships, and increase awareness and action in support of development by soliciting public input on current and emerging issues in the field of global development.

To express interest in being a member of the President's Global Development Council, please send your full name, contact information and resume or biography to Interest_GDC@who.eop.gov by 5:00pm (EST) on Friday, February 24, 2012.

**BLOG POSTS ON THIS ISSUE**

July 27, 2013 3:41 PM EDT
President Obama Pays Tribute to Korean War Veterans: "Your Shining Deeds Will Live"
President Obama paid tribute to the veterans of the Korean War, marking the 60th anniversary of the war's end.

July 27, 2013 5:45 AM EDT
Weekly Address: A Better Bargain for the Middle Class
President Obama tells the American people about his speech at Knox College on Wednesday, where he discussed the cornerstones of what it means to be middle class, including having a good job, a home that is your own, quality education, a secure retirement, and affordable health care.

July 26, 2013 4:45 PM EDT
Weekly Wrap Up: "Building This Country's Future"
Check out a snapshot of what happened this week at the White House.

**VIEW ALL RELATED BLOG POSTS**

| Facebook | YouTube |
| Twitter | Vimeo |
| Flickr | iTunes |
| Google+ | LinkedIn |

En español | Accessibility | Copyright Information | Privacy Policy | Contact

B1

# Attachment C

Get Email Updates | Contact Us

*Home* • *Briefing Room* • Speeches & Remarks

Search WhiteHouse.gov [ Search ]

**The White House**

Office of the Press Secretary



For Immediate Release                              September 22, 2010

# Remarks by the President at the Millennium Development Goals Summit in New York, New York

**United Nations Headquarters, New York, New York**

4:49 P.M. EDT

THE PRESIDENT:  Good afternoon.  Mr. Secretary General, fellow delegates, ladies and gentlemen.

In the Charter of this United Nations, our countries pledged to work for "the promotion of the economic and social advancement of all peoples."  In the Universal Declaration of Human Rights, we recognized the inherent dignity and rights of every individual, including the right to a decent standard of living.  And a decade ago, at the dawn of a new millennium, we set concrete goals to free our fellow men, women and children from the injustice of extreme poverty.

These are the standards that we set.  And today, we must ask:  Are we living up to our mutual responsibilities?

I suspect that some in wealthier countries may ask, with our economies struggling, so many people out of work, and so many families barely getting by, why a summit on development?  And the answer is simple.  In our global economy, progress in even the poorest countries can advance the prosperity and security of people far beyond their borders, including my fellow Americans.

When a child dies from a preventable disease, it shocks all of our consciences.  When a girl is deprived of an education or her mother is denied equal rights, it undermines the prosperity of their nation.  When a young entrepreneur can't start a new business, it stymies the creation of new jobs and markets in that entrepreneur's country, but also in our own.  When millions of fathers cannot provide for their families, it feeds the despair that can fuel instability and violent extremism.  When a disease goes unchecked, it can endanger the health of millions around the world.

So let's put to rest the old myth that development is mere charity that does not serve our interests.  And let's reject the cynicism that says certain countries are condemned to perpetual poverty, for the past half century has witnessed more gains in human development than at any time in history.  A disease that had ravaged the generations, smallpox, was eradicated.  Health care has reached the far corners of the world, saving the lives of millions.  From Latin America to Africa to Asia, developing nations have transformed into leaders in the global economy.

Nor can anyone deny the progress that has been made toward achieving certain Millennium Development Goals.  The doors of education have been opened to tens of millions of children, boys and girls.  New cases of HIV/AIDS and malaria and tuberculosis are down.  Access to clean drinking water is up.  Around the world, hundreds of millions of people have been lifted from extreme poverty.  That is all for the good, and it's a testimony to the extraordinary work that's been done both within countries and by the international community.

Yet we must also face the fact that progress towards other goals that were set has not come nearly fast enough.  Not for the hundreds of thousands of women who lose their lives every year simply giving birth.  Not for the millions of children who die from agony of malnutrition.  Not for the nearly one billion people who endure the misery of chronic hunger.

This is the reality we must face -- that if the international community just keeps doing the same things the same way, we may make some modest progress here and there, but we will miss many development goals.  That is the truth.  With 10 years down and just five years before our development targets come due, we must do better.

Now, I know that helping communities and countries realize a better future is not easy.  I've seen it in my own life.  I saw it in my mother, as she worked to lift the rural poor, from Indonesia to Pakistan.  I saw it on the streets of Chicago, where I worked as a community organizer trying to build up underdeveloped neighborhoods in this country.  It is hard work.  But I know progress is possible.

As President, I have made it clear that the United States will do our part.  My national security strategy recognizes development not only as a moral imperative, but a strategic and economic imperative.  Secretary of State Clinton is leading a review to strengthen and better coordinate our diplomacy and our development efforts.  We've reengaged with multilateral development institutions.  And we are rebuilding the United States Agency for International Development as the world's premier development agency.  In short, we're making sure that the United States will be a global leader in international development in the 21st century.

We also recognize, though, that the old ways will not suffice.  That's why in Ghana last year I called for a new approach to development that unleashes transformational change and allows more people to take control of their

**BLOG POSTS ON THIS ISSUE**

July 27, 2013 3:41 PM EDT
President Obama Pays Tribute to Korean War Veterans: "Your Shining Deeds Will Live"
President Obama paid tribute to the veterans of the Korean War, marking the 60th anniversary of the war's end.

July 27, 2013 5:45 AM EDT
Weekly Address: A Better Bargain for the Middle Class
President Obama tells the American people about his speech at Knox College on Wednesday, where he discussed the cornerstones of what it means to be middle class, including having a good job, a home that is your own, quality education, a secure retirement, and affordable health care.

July 26, 2013 4:45 PM EDT
Weekly Wrap Up: "Building This Country's Future"
Check out a snapshot of what happened this week at the White House.

**VIEW ALL RELATED BLOG POSTS**

| Facebook | YouTube |
| --- | --- |
| Twitter | Vimeo |
| Flickr | iTunes |
| Google+ | LinkedIn |

C1

own destiny. After all, no country wants to be dependent on another. No proud leader in this room wants to ask for aid. No family wants to be beholden to the assistance of others.

To pursue this vision, my administration conducted a comprehensive review of America's development programs. We listened to leaders in government, NGOs and civil society, the private sector and philanthropy, Congress and our many international partners.

And today, I'm announcing our new U.S. Global Development Policy -- the first of its kind by an American administration. It's rooted in America's enduring commitment to the dignity and potential of every human being. And it outlines our new approach and the new thinking that will guide our overall development efforts, including the plan that I promised last year and that my administration has delivered to pursue the Millennium Development Goals. Put simply, the United States is changing the way we do business.

First, we're changing how we define development. For too long, we've measured our efforts by the dollars we spent and the food and medicines that we delivered. But aid alone is not development. Development is helping nations to actually develop -- moving from poverty to prosperity. And we need more than just aid to unleash that change. We need to harness all the tools at our disposal -- from our diplomacy to our trade policies to our investment policies.

Second, we are changing how we view the ultimate goal of development. Our focus on assistance has saved lives in the short term, but it hasn't always improved those societies over the long term. Consider the millions of people who have relied on food assistance for decades. That's not development, that's dependence, and it's a cycle we need to break. Instead of just managing poverty, we have to offer nations and peoples a path out of poverty.

Now, let me be clear, the United States of America has been, and will remain, the global leader in providing assistance. We will not abandon those who depend on us for life-saving help -- whether it's food or medicine. We will keep our promises and honor our commitments.

In fact, my administration has increased assistance to the least developed countries. We're working with partners to finally eradicate polio. We're building on the good efforts of my predecessor to continue to increase funds to fight HIV/AIDS, increasing those funds to record levels -- and that includes strengthening our commitment to the Global Fund for AIDS, TB and Malaria. And we will lead in times of crisis, as we've done since the earthquake in Haiti and the floods in Pakistan.

But the purpose of development -- what's needed most right now -- is creating the conditions where assistance is no longer needed. So we will seek partners who want to build their own capacity to provide for their people. We will seek development that is sustainable.

And building in part on the lessons of the Millennium Challenge Corporation, which has helped countries like El Salvador build rural roads and raise the incomes of its people, we will invest in the capacity of countries that are proving their commitment to development.

Remembering the lessons of the Green Revolution, we're expanding scientific collaboration with other countries and investing in game-changing science and technology to help spark historic leaps in development.

For example, instead of just treating HIV/AIDS, we've invested in pioneering research to finally develop a way to help millions of women actually prevent themselves from being infected in the first place.

Instead of simply handing out food, our food security initiative is helping countries like Guatemala and Rwanda and Bangladesh develop their agriculture and improve crop yields and help farmers get their products to market.

Instead of simply delivering medicine, our Global Health Initiative is also helping countries like Mali and Nepal build stronger health systems and better deliver care. And with financial and technical assistance, we'll help developing countries embrace the clean energy technologies they need to adapt to climate change and pursue low-carbon growth.

In other words, we're making it clear that we will partner with countries that are willing to take the lead. Because the days when your development was dictated by foreign capitals must come to an end. (Applause.)

This brings me to a third pillar of our new approach. To unleash transformational change, we're putting a new emphasis on the most powerful force the world has ever known for eradicating poverty and creating opportunity. It's the force that turned South Korea from a recipient of aid to a donor of aid. It's the force that has raised living standards from Brazil to India. And it's the force that has allowed emerging African countries like Ethiopia and Malawi and Mozambique to defy the odds and make real progress towards achieving the Millennium Development Goals, even as some of their neighbors -- like Cote d'Ivoire -- have lagged.

The force I'm speaking about is broad-based economic growth. Now, every nation will pursue its own path to prosperity. But decades of experience tell us there are certain ingredients upon which sustainable growth and lasting development depends.

We know that countries are more likely to prosper when they encourage entrepreneurship; when they invest in their infrastructure; when they expand trade and welcome investment. So we will partner with countries like Sierra Leone to create business environments that are attractive to investment, that don't scare it away. We'll work to break down barriers to regional trade and urge nations to open their markets to developing countries. We will keep pushing for a Doha Round that is ambitious and balanced --one that works not just for major emerging economies, but for all economies.

We also know that countries are more likely to prosper when governments are accountable to their people. So we are leading a global effort to combat corruption, which in many places is the single greatest barrier to prosperity, and which is a profound violation of human rights. That's why we now require oil, gas and mining companies that raise capital in the United States to disclose all payments they make to foreign governments. And it's why I urged the G20 to put corruption on its agenda and make it harder for corrupt officials to steal from their own people and stifle their nation's development.

C2

The United States will focus our development efforts on countries like Tanzania that promote good governance and democracy; the rule of law and equal administration of justice; transparent institutions with strong civil societies; and respect for human rights.  Because over the long run, democracy and economic growth go hand in hand.

We will reach out to countries making transitions from authoritarianism to democracy, and from war to peace.  The people of Liberia, for example, show that even after years of war, great progress can be achieved.  And as others show the courage to put war behind them -- including, we hope, in Sudan -- the United States will stand with those who seek to build and sustain peace.

We also know that countries are more likely to prosper when they tap the talents of all their people.  And that's why we're investing in the health, education and rights of women, and working to empower the next generation of women entrepreneurs and leaders.  Because when mothers and daughters have access to opportunity, that's when economies grow, that's when governance improves.

And it's why we're partnering with young people, who in many developing countries are more than half the population.  We're expanding educational exchanges, like the one that brought my father here to America from Kenya.  And we're helping young entrepreneurs succeed in a global economy.

And as the final pillar of our new approach, we will insist on more responsibility -- from ourselves and from others.  We insist on mutual accountability.

For our part, we'll work with Congress to better match our investments with the priorities of our partner countries.  Guided by the evidence, we will invest in programs that work; we'll end those that don't.  We need to be big-hearted but also hard-headed in our approach to development.

To my fellow donor nations:  Let's honor our respective commitments.  (Applause.)  Let's resolve to put an end to hollow promises that are not kept.  Let's commit to the same transparency that we expect from others.  Let's move beyond the old, narrow debate over how much money we're spending, and instead let's focus on results -- whether we're actually making improvements in people's lives.

Now, to developing countries, this must be your moment of responsibility as well.  We want you to prosper and succeed -- it is not only in your interest, it is in our interest.  We want to help you realize your aspirations as a nation and the individuals in each of your countries.

But there is no substitute for your leadership.  Only you and your people can make the tough choices that will unleash the dynamism of your country.  Only you can make the sustainable investments that improve the health and well-being of your people.  Only you can deliver your nations to a more prosperous and just future.  We can be partners, but ultimately you have to take the lead.

Finally, let me say this.  No one nation can do everything everywhere and still do it well.  To meet our goals, we must be more selective and focus our efforts where we have the best partners and where we can have the greatest impact.  And just as this work cannot be done by any one government, it can't be the work of governments alone.  In fact, foundations and private sector and NGOs are making historic commitments that have redefined what's possible.

And this gives us the opportunity to forge a new division of labor for development in the 21st century.  It's a division of labor where, instead of so much duplication and inefficiency, governments and multilaterals and NGOs are all working together.  We each do the piece that we do best -- as we're doing, for example, in support of Ghana's food security plan, which will help more farmers get more goods to market and earn more money to support their families.

So that's the progress that's possible.   Together, we can collaborate in ways unimaginable just a few years ago.  Together, we can realize the future that none of us can achieve alone.  Together, we can deliver historic leaps in development.  We can do this.  But only if we move forward with the seriousness and sense of common purpose that this moment demands.

Development that offers a path out of poverty for that child who deserves better.  Development that builds the capacity of countries to deliver the health care and education that their people need.  Development that unleashes broader prosperity and builds the next generation of entrepreneurs and emerging economies.  Development rooted in shared responsibility, mutual accountability and, most of all, concrete results that pull communities and countries from poverty to prosperity.

These are the elements of America's new approach.  This is the work that we can do together.  And this can be our plan -- not simply for meeting our Millennium Development Goals, but for exceeding them, and then sustaining them for generations to come.

Thank you very much, everyone.  Thank you.  (Applause.)

END          5:09 P.M. EDT

W W W . W H I T E H O U S E . G O V

En español | Accessibility | Copyright Information | Privacy Policy | Contact
USA.gov | Developers | Apply for a Job

C3

# Attachment D



## Secretaries Clinton, Gates and Geithner, Administrator Shah and MCC CEO Yohannes to Address U.S. Global Development Policy

**Notice to the Press**
**Hillary Rodham Clinton**
Secretary of State
Secretary of Defense Gates, Secretary of the Treasury Geithner, USAID Administrator Shah and Millennium Challenge Corporation CEO Yohannes
**Washington, DC**
**September 27, 2010**

Secretary of State Hillary Rodham Clinton will participate in a roundtable discussion on the Administration's new Global Development Policy at the annual U.S. Global Leadership Coalition Conference on September 28 at 3:00 p.m. at the Grand Hyatt Washington.

Secretary of Defense Robert Gates, Secretary of the Treasury Tim Geithner, USAID Administrator Raj Shah and Millennium Challenge Corporation CEO Daniel Yohannes will also participate in the roundtable, which will be moderated by Frank Sesno, Director of the School of Media and Public Affairs at the George Washington University.  The audience will include prominent business, civic, faith-based and non-profit leaders.

On September 22, President Obama signed a Presidential Policy Directive on Global Development, the first of its kind by a U.S. administration. The directive calls for the elevation of development as a core pillar of American power and charts a course for development, diplomacy and defense to reinforce and complement one another in an integrated, comprehensive approach to national security.

The Department of State plays a central role in achieving the goals of the PPD. The Secretary of State has responsibility for ensuring that diplomacy and development are effectively coordinated and mutually reinforcing in the operation of our foreign policy. In support of the PPD and the National Security Strategy, Secretary Clinton is overseeing the first Quadrennial Diplomacy and Development Review, which will propose steps to strengthen our diplomatic and development capabilities to better meet our foreign policy goals and operationalize our new Global Development Policy across State and USAID.

**This event will be open to credentialed members of the media and live streamed on www.usglc.org.**
*Pre-set time for video cameras:  1:00 p.m.*
*Final access time for journalists and still photographers: 2:30 p.m.*

Grand Hyatt Washington
1000 H Street Northwest
Washington, D.C. 20001

Watch www.state.gov for more information on the Department of State's role in implementing the Presidential Policy Directive on September 29.

**Press Contacts:**

U.S. Global Leadership Coalition
Richard Parker
(202) 730-4163
rparker@usglc.org

Department of State
Office of Press Relations
(202) 647-2492

D1

# Attachment E






USAID Home     About This Blog     Archives                                RSS Feed

Search for:

[        ]

Search

## Tags

50th Anniversary  Administrator Shah
Afghanistan Africa
Agriculture AIDS Child
survival Democracy
Development
Education Ethiopia
Family planning Feed the
Future Food
Security GH Matters
Girls Global
Health Haiti Health
HIV HIV/AIDS Horn of
Africa Human Rights India
Innovation In the News
Kenya Malaria Maternal
Health MDGs Nutrition
Pakistan Partnerships
PEPFAR Poverty President
Obama Rajiv Shah Sudan
Tanzania Technology UNGA
USAID Water
Women Youth




# President Issues First-ever Development Policy

Posted by Rajiv Shah on Wednesday, September 22nd 2010

Like    27 people like this. Sign Up to see what your friends like.

This morning, the White House launched the Presidential Policy Directive on Development (PPD). This is really a great moment for the US and for the development community . The PPD establishes development as a strategic, economic, and moral imperative for the United States. It establishes beliefs that I share and that we've talked about up here at UNGA in New York, that American leadership on development must be oriented toward transformative and sustainable outcomes, not just addressing immediate or emergency needs.

We want to help countries out of poverty and set in place effective, democratic institutions to create the next generation of emerging markets. We want to see science and technology change the prospects for development across the board: increased crop yields, cures for devastating diseases, and production of clean forms of energy. We want to see governments take on the responsibility for meeting citizens' basic needs – with the technical know-how, the systems, and the sources of revenue to do it. Ultimately, we want to support the conditions that enable countries to sustain further progress on their own.

This is already happening in Feed the Future, the Global Health Initiative, and Global Climate Change Initiative, the centerpieces of the President's ambitious commitment.

It was an honor to join the President as he announced it this afternoon at the MDG Summit. Be sure to check out our fact sheet for more details.

Categories: Administrator Dr. Rajiv Shah
Tags: Administrator Shah · Feed the Future · Global Climate Change Initiative · Global Health Initiative · MDGs · UNGA

## 3 Comments Already

     Alyssa Taylor says:                    September 24, 2010 at 2:13 pm

In planning to reach the millennium development goals it is crucial think long-term. Putting aid and assistance into sustainable development projects is key to relieving the U.S. from continuing to poor money into countries without achieving growth, only temporary relief. However, there are many factors that must be considered. Some emergency needs have to be addressed before

## USAID Photos on Flickr








view more showcase here

## Recent Comments

mahamat tanzock on Photo of the Week: Learning How to Read

Philip Issac on Financing a Clean Energy Future for India

Georgine Obura on Educate Girls, Develop Nations

vivian batton on Who Stole My Cow? Open Data and Praedial Larceny

Janet Chigabatia-Adama on New ACVFA Working Group to Broaden Feed the Future's Impact

## Archives

Select Month

E1

**Attachment F**



FISCAL YEAR 2012

# BUDGET

OF THE U.S. GOVERNMENT

OFFICE OF MANAGEMENT AND BUDGET

BUDGET.GOV

# THE BUDGET DOCUMENTS

### *Budget of the United States Government,*

**Fiscal Year 2012** contains the Budget Message of the President, information on the President's priorities, budget overviews organized by agency, and summary tables.

### *Analytical Perspectives, Budget of the United*

**States Government, Fiscal Year 2012** contains analyses that are designed to highlight specified subject areas or provide other significant presentations of budget data that place the budget in perspective. This volume includes economic and accounting analyses; information on Federal receipts and collections; analyses of Federal spending; information on Federal borrowing and debt; baseline or current services estimates; and other technical presentations.

The *Analytical Perspectives* volume also contains supplemental material with several detailed tables, including tables showing the budget by agency and account and by function, subfunction, and program, that is available on the Internet and as a CD-ROM in the printed document.

### *Historical Tables, Budget of the United States*

**Government, Fiscal Year 2012** provides data on budget receipts, outlays, surpluses or deficits, Federal debt, and Federal employment over an extended time period, generally from 1940 or earlier to 2012 to 2016.

To the extent feasible, the data have been adjusted to provide consistency with the 2012 Budget and to provide comparability over time.

### *Appendix, Budget of the United States*

**Government, Fiscal Year 2012** contains detailed information on the various appropriations and funds that constitute the budget and is designed primarily for the use of the Appropriations Committees. The *Appendix* contains more detailed financial information on individual programs and appropriation accounts than any of the other budget documents. It includes for each agency: the proposed text of appropriations language; budget schedules for each account; legislative proposals; explanations of the work to be performed and the funds needed; and proposed general provisions applicable to the appropriations of entire agencies or group of agencies. Information is also provided on certain activities whose transactions are not part of the budget totals.

## AUTOMATED SOURCES OF BUDGET INFORMATION

The information contained in these documents is available in electronic format from the following sources:

**Internet.** All budget documents, including documents that are released at a future date, spreadsheets of many of the budget tables, and a public use budget database are available for downloading in several formats from the Internet at *www.budget.gov/budget*. Links to documents and materials from budgets of prior years are also provided.

**Budget CD-ROM.** The CD-ROM contains all of the budget documents in fully indexed PDF format along with the software required for viewing the documents. The CD-ROM has many of the budget tables in spreadsheet format and also contains the materials that are included on the separate *Analytical Perspectives* CD-ROM.

For more information on access to electronic versions of the budget documents (except CD-ROMs), call (202) 512-1530 in the D.C. area or toll-free (888) 293-6498. To purchase the budget CD-ROM or printed documents call (202) 512-1800.

---

### GENERAL NOTES

1. All years referenced for budget data are fiscal years unless otherwise noted. All years referenced for economic data are calendar years unless otherwise noted.

2. Detail in this document may not add to the totals due to rounding.

3. At the time of this writing, none of the full-year appropriations bills for 2011 was enacted; therefore, the programs and activities normally provided for in the full-year appropriations bills were operating under a continuing resolution (P.L. 111–242, as amended). For those programs and activities, data for the current year column (2011) in the budget *Appendix*, and in tables that show details on discretionary spending amounts in the *Analytical Perspectives* volume, reflect the annualized level provided by the continuing resolution. In the main *Budget* volume, the *Historical Tables* volume, and in tables that include total discretionary spending in the *Analytical Perspectives* volume, current year totals by agency and for the total Government will match the President's 2011 Budget request.

---

### U.S. GOVERNMENT PRINTING OFFICE, WASHINGTON 2010

For sale by the  Superintendent of Documents,  U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512-1800;  DC area (202) 512-1800
Fax: (202) 512-2104 Mail: Stop IDCC, Washington, DC 20402-0001

ISBN 978-0-16-087366-9

# Table of Contents

*Page*

The Budget Message of the President ...................................................................................... 1

Moving from Rescue to Rebuilding ........................................................................................ 9

Putting the Nation on a Sustainable Fiscal Path ................................................................ 19

Competing and Winning in the World Economy .................................................................. 31

Department of Agriculture ...................................................................................................... 47

Department of Commerce ........................................................................................................ 53

Department of Defense ............................................................................................................ 59

National Intelligence Program ............................................................................................... 65

Department of Education ........................................................................................................ 67

Department of Energy .............................................................................................................. 73

Department of Health and Human Services ........................................................................ 79

Department of Homeland Security ........................................................................................ 87

Department of Housing and Urban Development ................................................................ 93

Department of the Interior ...................................................................................................... 99

Department of Justice .............................................................................................................. 105

Department of Labor ................................................................................................................ 109

Department of State and Other International Programs ...................................................... 115

Department of Transportation ................................................................................................ 121

Department of the Treasury .................................................................................................... 127

Department of Veterans Affairs ............................................................................................. 133

Overseas Contingency Operations ........................................................................................ 137

Corps of Engineers—Civil Works .......................................................................................... 141

Environmental Protection Agency ........................................................................................ 145

National Aeronautics and Space Administration ................................................................ 151

National Science Foundation .................................................................................................. 155

Small Business Administration .............................................................................................. 159

Social Security Administration .............................................................................................. 163

Corporation for National and Community Service .............................................................. 167

Summary Tables ...................................................................................................................... 169

OMB Contributors to the 2012 Budget ................................................................................ 205



# DEPARTMENT OF STATE AND OTHER INTERNATIONAL PROGRAMS

**Funding Highlights:**

- Provides $47 billion for the Department of State and the U.S. Agency for International Development, a 1 percent increase from 2010, when costs for Overseas Contingency Operations are excluded. Significant levels of funding are continued for operations and assistance in Iraq, Afghanistan, and Pakistan. Increases are made in the areas of food security and global health. Savings have been created through foreign assistance reductions in several countries.

- Makes strategic investments essential for U.S. national security in a time of constrained resources, and strengthens core diplomatic and development activities essential for U.S. global leadership.

- Promotes U.S. exports and economic growth by supporting the President's National Export Initiative through increased resources for the Export-Import Bank.

- Supports implementation of the Presidential Policy Directive on Global Development by targeting investments that will support economic growth, democratic governance, game-changing innovations, sustainable capacity, and mutual accountability, especially through initiatives in global health, climate change, and food security.

- Invests in multilateral institutions, including the multilateral development banks, leveraging resources from other donor partners and supporting key countries and Administration priorities.

- Reduces bilateral programs and the Assistance for Europe, Eurasia and Central Asia account to focus funding on regions with the greatest assistance needs.

- Reduces funding for the African Development and Inter-American Foundations by nearly 20 percent and directs the organizations to seek partnerships to leverage and maximize remaining funding.

- Continues a multi-year initiative to strengthen U.S. diplomatic and development expertise in countries of the greatest strategic importance.

- Advances efforts to address national security challenges through a cooperative approach that includes funding to support a Global Security Contingency Fund that integrates Defense and State resources to address security crises involving both agencies.

- Supports U.S. Agency for International Development operational and programmatic improvements, including reforms to procurement systems and investments in science and technology, innovation, and monitoring and evaluation.

115

F4

The Department of State, the U.S. Agency for International Development (USAID), and other international programs advance the national security interests of the United States through global engagement, partnership, and the promotion of universal values. By investing in civilian diplomatic and development power alongside defense, we take an integrated approach to solving global problems and support the mutually reinforcing elements of the President's national security strategy. The President's Budget proposes $47 billion for the Department of State and USAID, excluding costs for Overseas Contingency Operations, a 1 percent increase from 2010. To support the Administration's ongoing efforts in key regions, significant levels of funding are continued for operations and assistance in Iraq, Afghanistan, and Pakistan. Increases are made in the areas of food security to help prevent political instability and reduce hunger, and global health to reduce the incidence of disease and strengthen local health systems. Although not subject to a freeze in funding, the Department is committed to finding efficiencies, cutting waste, and focusing on key priorities. Accordingly, foreign assistance to several countries has been eliminated. Additionally, efficiency gains have dramatically reduced the costs of treating AIDS through the Global Health Initiative, and future savings will be realized through changes to USAID's operating model to encourage local ownership and facilitate the phasing-down of such funding.

## Maintains U.S. Global Leadership

**Encourages Economic Growth through Support for the National Export Initiative.** Exports are a critical part of economic growth and driver of job creation, which is why the President set a goal of doubling exports over five years. To that end, the Administration provides funds for the Export-Import Bank to strengthen its efforts to promote small business exports and to meet increased financing demands at no cost to the taxpayer. This will support billions of dollars in new exports and hundreds of thousands of U.S. jobs. The Administration also supports U.S. Trade and Development Agency activities to promote U.S. exports for priority development projects in emerging economies.

**Supports the Presidential Policy Directive on Global Development.** In September, the President signed a Presidential Policy Directive on Global Development, the first of its kind by a U.S. administration. The Administration requests $27 billion to support the Presidential Policy Directive on Global Development by focusing on sustainable development outcomes and placing a premium on broad-based economic growth, democratic governance, game-changing innovations, and sustainable systems for meeting basic human needs.

**Fights Hunger and Expands Food Security Efforts.** Greater food insecurity can lead to violence, political instability, and tension between nations. The Administration includes funding for agriculture development and nutrition programs as part of a multi-year plan—as well as a G-8 commitment—by making strategic investments that address the root causes of hunger and poverty and lift a significant number of people out of poverty, and reduce malnutrition for millions of children under five years old by 2015. The Administration provides funding through bilateral assistance and a multi-donor facility administered by the World Bank for poor countries that make policy and financial commitments to address their internal food security needs. Assistance helps countries increase agricultural productivity, improve agricultural research and development, and expand markets and trade, as well as monitors and evaluates program performance. The Administration also maintains strong support for food aid and other humanitarian assistance, including $4.2 billion to help internally displaced persons, refugees, and victims of armed conflict and natural disasters.

**Saves Lives and Strengthens Health Systems in Developing Countries.** The President's Global Health Initiative (GHI) will save millions of lives while fostering sustainable health care delivery platforms through increased investments in global health. We invest in global health to promote social and economic progress

and support the rise of capable partners who can help us solve regional and global problems. The GHI will achieve ambitious health outcome targets by focusing on country-led strategies to address the full range of developing country health needs in an integrated way while strengthening partner-country health systems. The GHI supports innovation by investing in promising technologies and bringing potential advances to scale. Overall, the Administration will invest $9.8 billion in the GHI and continues to pursue the ambitious health outcome targets laid out in the GHI strategy document and seek efficiencies in program delivery.

**Encourages Low-Emission, Climate-Resilient Economic Growth for Developing Countries.** Climate change knows no borders and its effects can impact the U.S. economy and national security. The Administration makes strategic climate change investments to reduce global greenhouse gas emissions by focusing on scalable investments, leveraging outside resources, and taking a global view of the most effective climate investments through three key programmatic areas: 1) Clean Energy investments through multilateral institutions like the Clean Technology Fund and bilateral activities that focus on energy efficiency, renewable energy, and energy sector reforms to support sustainable energy deployment; 2) Sustainable Landscapes, which include bilateral investments in improving estimation, monitoring and quantifying emissions, as well as forest governance through allocations to the Forest Investment Program; and 3) Adaptation to the effects of climate change for Sub-Saharan Africa, least developed countries, small island states, and glacier-dependent nations, which will witness the greatest impacts of climate change.

**Funds Multilateral Development Banks and Promotes Good Governance.** The Administration continues support for the multilateral development banks, which invest in key strategic countries like Afghanistan and Pakistan, in Administration priorities such as food security and climate change, and leverage significant resources from other donors. Through funding for

the Millennium Challenge Corporation, the Administration supports developing countries that invest in their people, rule justly, and support economic freedom.

**Invests in Long-Term Partnerships in Iraq, Afghanistan, and Pakistan.** The Budget continues significant levels of funding for operations and assistance in Iraq, Afghanistan, and Pakistan within the base budget while extraordinary and temporary costs are requested as Overseas Contingency Operations funding. Base resources requested to support strong, long-term partnerships with these countries include core diplomatic and development operational support funding and economic development, health, education, governance, security, and other assistance programs necessary to reinforce development progress and ensure stability.

**Sustains Improvements in Diplomatic Capacity.** The Budget supports critical gains made since 2008 toward building diplomatic capacity. It sustains recent gains in Foreign Service growth, including those proposed in the 2011 Budget, and responds to evolving worldwide security threats in order to protect our employees and facilities overseas. The Budget continues the Capital Security Construction Program and expands the scope of investments to ensure that the United States properly plans and budgets for the life cycle needs of facilities. The Budget also reflects ongoing consolidation of management operations overseas to capture further efficiencies in the field and to allocate new and tenured personnel to the highest priority posts overseas.

### Reduces Costs and Improves Planning

**Reduces Bilateral Programs.** Entire bilateral programs in six countries have been eliminated, and the Assistance for Europe, Eurasia and Central Asia account has been reduced by $115 million in order to focus funding on regions with the greatest assistance needs. While important U.S. national security interests and development challenges remain in the region, the reduction reflects the success of sustained U.S. assistance

efforts over the last 20 years and the perception that several countries are firmly on track to membership in Euro-Atlantic institutions.

**Eliminates Bilateral Security Assistance for Several Countries.** Several countries will no longer receive bilateral security assistance funding, as resources are being focused on countries with strategic significance. This reprioritization will be made across a range of accounts and activities including eliminating bilateral requests for five countries within the Foreign Military Financing account and nine countries within the International Military Education and Training account. Requested security assistance funds will become more focused on key priorities including program funding for Israel, Pakistan, and other coalition partners and allies, as well as programs that are critical to containing transnational threats including terrorism and trafficking in narcotics, weapons, and persons.

**Reduces Funding for African Development and Inter-American Foundations.** The African Development and Inter-American Foundations have been cut by nearly 20 percent and directed to reduce their overhead and seek partnerships to leverage their remaining funds. These partnerships will allow the foundations to continue grassroots development efforts at current levels while more closely aligning programs to Administration development objectives.

**Advances Interagency Assistance Planning.** The Budget builds on past efforts that included establishment of the Civilian Stabilization Initiative (now Conflict Stabilization Operations) and Complex Crises Fund by establishing a new funding mechanism to facilitate greater joint Department of Defense-State planning, funding, and execution of security sector and stabilization assistance programs worldwide. The Global Security Contingency Fund will serve as an important pilot for efforts to use pooled funds to better integrate planning and budgeting to meet national security needs.

**Supports USAID Initiative to Make Operations More Efficient and Effective.** The Budget includes support for the Administration's new operational model that underscores the importance of country ownership and sustainability with the goal of helping countries graduate from the need for foreign assistance. A key element of this effort is USAID's Implementation and Procurement Reform Initiative, which supports contracting and grants to more and varied local partners; increases the number of in-house procurement specialists; and creates partnerships with host countries through improved procurement systems. Another component of the effort is increased investments in science, technology, and innovation with the goal of finding game-changing innovations with the potential to solve long-standing development challenges. This funding will take a venture capital-like approach to supporting high-risk high-reward projects that are brought to increasing scale as they demonstrate impact.

**Improves Efficiency of Foreign Affairs Operations.** Although foreign affairs funding is not part of the freeze on non-security discretionary spending, it is critical that these funds are used in a way that maximizes the impact of every dollar and that funds are not wasted on the unnecessary. The Department of State will use information technology to achieve efficiencies and save approximately $15 million in 2012. These efficiencies include eliminating duplication of data center services and infrastructure to control energy use and facility costs, phasing out legacy messaging systems, and implementing the Global Foreign Affairs Compensation System that operates in a more efficient computing environment and eliminates the need for a mainframe computer. And within the Global Health Initiative, the costs of commodities and service delivery continue to fall dramatically; notably, the per patient cost to the United States of providing anti-retroviral treatment for AIDS patients has fallen by over 50 percent since 2008 due to increased use of generic drugs, task-shifting to nurses and community health workers as appropriate, and increased involvement from and improved coordination with partner governments.

**Department of State and Other International Programs**
(In millions of dollars)

| | Actual 2010 | Estimate 2011 | Estimate 2012 |
|---|---|---|---|
| **Spending** [1] | | | |
| Discretionary Budget Authority: | | | |
| Administration of Foreign Affairs ................................................ | 9,716 | | 10,362 |
| International Organizations and Peacekeeping ........................................ | 3,808 | | 3,539 |
| Economic Support Fund ................................................................... | 6,570 | | 5,969 |
| Global Health and Child Survival ...................................................... | 7,829 | | 8,716 |
| International Narcotics and Law Enforcement ......................................... | 1,848 | | 1,512 |
| Migration and Refugee Assistance ........................................................ | 1,693 | | 1,613 |
| Non-proliferation, Anti-terrorism, Demining Programs .............................. | 754 | | 709 |
| Foreign Military Financing .................................................................. | 5,470 | | 5,550 |
| Assistance for Europe, Eurasia, and Central Asia .................................... | 742 | | 627 |
| Development Assistance..................................................................... | 2,520 | | 2,918 |
| USAID Operating Expenses ................................................................ | 1,389 | | 1,503 |
| Other State and USAID programs ........................................................ | 2,527 | | 2,326 |
| *USDA Food for Peace Title II (non-add in total budget authority line)*....... | *1,690* | | *1,690* |
| Sub-Total, Department of State and USAID (including Food for Peace) ....................................................................................... | 46,554 | 47,421 | 47,033 |
| Treasury International Programs............................................................. | 2,129 | | 3,364 |
| Millennium Challenge Corporation.......................................................... | 1,105 | | 1,125 |
| Peace Corps ..................................................................................... | 400 | | 440 |
| Broadcasting Board of Governors.......................................................... | 746 | | 767 |
| Export-Import Bank............................................................................. | 2 | | –213 |
| Overseas Private Investment Corporation .............................................. | –203 | | –188 |
| Other International Programs................................................................ | 250 | | 283 |
| Total, Discretionary budget authority [2,3]............................................... | 49,293 | 51,384 | 50,921 |
| | | | |
| *Memorandum:* | | | |
| *Budget authority from enacted supplementals not included above* ................ | *2,318* | — | — |
| | | | |
| Total, Discretionary outlays................................................................ | 43,876 | 55,851 | 62,656 |
| | | | |
| Total, Mandatory outlays................................................................... | 1,124 | –1,050 | –47 |
| | | | |
| Total, Outlays ................................................................................. | 45,000 | 54,801 | 62,609 |
| | | | |
| **Credit activity** | | | |
| Direct Loan Disbursements: | | | |
| Export-Import Bank............................................................................. | 2,936 | 25 | 25 |
| All other programs.............................................................................. | 518 | 8,283 | 6,203 |
| Total, Direct loan disbursements......................................................... | 3,454 | 8,308 | 6,228 |

**Department of State and Other International Programs—Continued**
(In millions of dollars)

| | Actual 2010 | Estimate | |
| --- | --- | --- | --- |
| | | 2011 | 2012 |
| Guaranteed Loan Commitments: | | | |
| Export-Import Bank................................................................. | 17,725 | 14,425 | 21,500 |
| All other programs.................................................................. | 954 | 3,294 | 3,558 |
| Total, Guaranteed loan commitments ............................................. | 18,679 | 17,719 | 25,058 |

[1] Discretionary Budget Authority does not include 2010 and 2011 Overseas Contingency Operations (OCO) equivalent funding or 2012 OCO funding, which are presented in the OCO Chapter.
[2] 2010 Total Discretionary Budget Authority includes $1.5 billion in funding from the 2010 Supplemental (P.L. 111–212) and $1.5 billion in forward funding from the 2009 Supplemental (P.L. 111–32).
[3] 2010 Total Discretionary Budget Authority does not include a $300 million transfer from the Department of Health and Human Services to the Department of State and USAID for the Global Fund to Fight AIDS, Tuberculosis, and Malaria.

# Attachment G

# QDDR



*Leading Through Civilian Power*

## THE FIRST QUADRENNIAL DIPLOMACY AND DEVELOPMENT REVIEW

   2010   

G1

### DEDICATION

Just as this report was going to press, America lost one of its most distinguished public servants. Richard C. Holbrooke was a rare talent, and he represented the best of our nation's civilian power. He understood that we cannot project our leadership unless we also promote our values. His first assignment as a Foreign Service officer in the early 1960s included a tour of duty in the Mekong Delta with the U.S. Agency for International Development. Later he oversaw the Peace Corps's efforts in Morocco. Out of government, he co-founded and led humanitarian organizations dedicated to saving lives.  And in his final assignment, as the Special Representative for Afghanistan and Pakistan, he saw that the futures of the Afghan, Pakistani, and American people were inextricably connected.

As a diplomat, Ambassador Holbrooke was bold, tenacious, and creative—qualities that all of us at State and USAID aspire to. He personified the concept of Ambassador as CEO. He helped normalize our relations with China, helped Europe emerge from the Cold War, and was the main architect of the Dayton Accords, which ended the war in Bosnia 15 years ago. As a patriot and public servant, he devoted his life to the idea that American power could be used for good in the world. He left us far too soon, but his legacy will inspire Foreign Service personnel and development professionals for generations to come.

Although he spent much of his life in face-to-face negotiations, Ambassador Holbrooke always insisted that talk ultimately lead to action. In that spirit, we dedicate this report to his memory, and we rededicate ourselves to turning our ideas into action.

G2

# *Leading Through Civilian Power*

## The First Quadrennial
## Diplomacy and Development Review

  2010  





*How can we do better?*

It's a question that business owners across the country are asking themselves every day. They want to make sure they're getting the most out of every dollar. It's an important exercise even in the best economic times. In tough times, it's critical.

Many government leaders ask themselves the same question. When I was a Senator, I served on the Armed Services Committee, where I watched the Defense Department go through its impressive Quadrennial Defense Review. I saw how the QDR provided a strategic plan for the department. It forced hard decisions about priorities, and it made sure those priorities were reflected in the budget. It was a clear-eyed answer to the question: *How can we do better?*

After I became Secretary of State, I started asking the same question. I could see that we did many things well. The State Department and USAID have phenomenal employees, from health workers serving in remote villages to Foreign Service personnel posted at bustling embassies to many other staff stationed across the United States. But I quickly learned that we could do more to equip our people to do their best work, spend our resources efficiently, achieve our objectives effectively, and adapt to the demands of a changing world.

So last year, I announced a sweeping review of diplomacy and development, the core missions of the State Department and USAID respectively. We consulted hundreds of people throughout the U.S. government and around the world. This report, the inaugural Quadrennial Diplomacy and Development Review (QDDR), is the result.

I have made the QDDR one of our highest priorities. Just as every business must get the most out of every dollar from its investors, State and USAID have to get the most out of every dollar from the American taxpayers; we also have to look ahead, planning for a changing world. It's ultimately about delivering results for the American people—protecting our interests and projecting our leadership in the 21st century.

As President Obama observed this year in his National Security Strategy, "We live in a time of sweeping change." New actors, good and bad, have the power to shape international affairs like never before. The challenges we face—nuclear proliferation, global pandemics, climate change, terrorism—are more complex than ever.

It's not enough simply to keep up with all of this change. We must stay ahead of it. To that end, we will build up our civilian power: the combined force of civilians working together across the U.S. government to practice diplomacy, carry out development projects, and prevent and respond to crises. Many different agencies contribute to these efforts today. But their work can be more unified, more focused, and more efficient.

The State Department and USAID will take a lead role in making that happen. We will provide the strategic framework and oversight on the ground to ensure that America's civilian power is deployed as effectively as possible. As the QDDR explains, we will work to break down walls between agencies. We will eliminate overlap, set priorities, and fund only the work that supports those priorities. We will empower our people to make decisions and hold them accountable for the results.

This begins with the Chiefs of Mission in our embassies around the world. Running an embassy is more complicated than ever. We will give our Chiefs of Mission the tools they need to oversee the work of all U.S. government agencies working in their host country, essentially serving as the Chief Executive Officer of a multi-agency mission. We will enhance their training, empower them to contribute to the evaluation of all personnel who serve at their posts, and engage them more fully in policymaking in Washington. It sounds basic, but it's the kind of change that will help us tap the full potential of our civilian power.

We will also pursue new ways of doing business that help us bring together like-minded people and nations to solve the pressing problems we all face. We will reform and update international institutions, and we'll use 21st century statecraft to extend the reach of our diplomacy beyond the halls of government office buildings.

In development, we are re-establishing USAID as the world's premier development agency. To make sure that our investments have the biggest possible impact, we will focus our efforts in six core areas where we have expertise. We're investing heavily in innovation to spark more advances in those areas. We're improving the way we measure results, and we will make funding decisions based on those results.

Other changes are more operational. We heard from State staff around the world that they spend too much time tied to their desks, fulfilling hundreds of reporting requirements mandated by both Congress and the Department. So we are streamlining workloads by limiting the length of reports and ending the practice of requiring two reports when one will do.

Many more reforms are detailed in the pages that follow. They all have one common purpose: to harness our civilian power to advance America's interests and help make a world in which more people in more places can live in freedom, enjoy economic opportunity, and have a chance to live up to their God-given potential. I am confident that we are on the way to fulfilling that purpose.

I would like to thank everyone who contributed their ideas and shaped this document. You set a high bar for every QDDR that will follow by helping us see how we can do better.

Hillary Rodham Clinton

**Executive Summary** ...............................................................................................i

**Introduction** .........................................................................................................1

**Chapter 1:  Global Trends and Guiding Policy Principles** ...........................................9
   Advancing United States Interests ................................................................9
   Trends Reshaping the Global Context of U.S. Foreign Policy .......................... 11
   The National Context .................................................................................... 17
   Guiding Policy Principles ............................................................................... 18

**Chapter 2:  Adapting to the Diplomatic Landscape of the 21st Century** ....................25
   Leading the Implementation of Global Civilian Operations within a
   Unified Strategic Framework ......................................................................... 26
   Building and Shaping a New Global Architecture of Cooperation .................... 36
   Engaging Beyond the State ............................................................................ 59
   Equipping our People to Carry Out All our Diplomatic Missions ..................... 71

**Chapter 3:  Elevating and Transforming Development to Deliver Results**................75
   Introduction ................................................................................................. 75
   Focusing Our Investments ............................................................................ 79
   High-Impact Development Based on Partnership, Innovation, and Results ........ 93
   Building USAID as the Preeminent Global Development Institution................ 107
   Transforming State to Support Development ................................................ 116

**Chapter 4: Preventing and Responding to Crisis, Conflict and Instability**............ 121
   Introduction ............................................................................................... 121
   Embracing Conflict Prevention and Response within Fragile States as a
   Core Civilian Mission.................................................................................. 125
   Executing Conflict Prevention and Response in the Field .............................. 144
   Building a Long-Term Foundation for Peace under Law through Security
   and Justice Sector Reform ............................................................................ 152

Chapter 5:  **Working Smarter:** ................................................................................. **159**

    A 21st-Century Workforce............................................................................... 160

    Managing Contracting and Procurement to Better Achieve our Missions ........................ 177

    Planning, Budgeting and Measuring For Results...................................................... 188

    Delivering Mutually Supportive Quality Services and Capturing Further
    Efficiencies in the Field.................................................................................. 204

Chapter 6:  **Conclusion** ......................................................................................... **207**

Appendix 1: **Quadrennial Diplomacy and Development Review Process**.............. **211**

Appendix 2: **Benchmarks for Transitioning GHI to USAID**................................ **217**

# Chapter 1:
# *Global Trends and Guiding Policy Principles*

## I.  ADVANCING UNITED STATES INTERESTS

The scope and nature of the challenges facing the United States have evolved substantially over the past decade, with issues becoming more interconnected and solutions requiring ever greater cooperation. As President Obama said in his State of the Union address this year, "We know that America cannot meet the threats of this century alone, but the world cannot meet them without America."

While the threats that lie ahead are real, so too are the opportunities. Again, in President Obama's words, "From the birth of our liberty, America has had a faith in the future—a belief that where we are going is better than where we've been.... To fulfill that promise, generations of Americans have built upon the foundations of our forefathers—finding opportunity, fighting injustice, and forging a more perfect union." We must continue to do so.

The Department of State and USAID are called upon to lead and advance U.S. foreign policy objectives through diplomacy and development. These objectives are set forth in the President's May 2010 National Security Strategy and the September 2010 Presidential Policy Directive on Development.  President Obama's strategy is based on building the sources of American power and shaping the international order to advance American interests.  At its core, it is a strategy of applying renewed American leadership in a changing world. That leadership begins at home by reviving our economy, creating jobs, raising incomes, providing quality education for our children, investing in science and innovation, and reducing the federal deficit.  Abroad, it means advancing four fundamental national interests: protecting the security of the United States and its citizens, allies and partners; promoting prosperity at home and abroad with a strong U.S. economy and an open international economic system that promotes opportunity; supporting the spread of universal values; and shaping a just and sustainable international order that promotes peace, security, and opportunity through cooperation to meet global challenges.

In this time of fiscal constraint, we are changing the way we do business. We must be ever more vigilant that taxpayers' money is spent as effectively and efficiently as possible. State and USAID must look for ways, including through better coordination of development and diplomacy and the use of new technologies, to leverage our resources effectively and ensure a maximum return on investment. As stewards of American taxpayer dollars, State and USAID are improving our monitoring and evaluation capacities and will institutionalize a process of monitoring and evaluation of our work, including drawing on expertise and existing infrastructure of other federal agencies. Monitoring and evaluation is one of the most powerful ways of assuring accountability for performance, transparency, and the ability to modify programs for enhanced impact.  We must also streamline and rationalize our reporting requirements to allow our personnel in Washington and the field to focus as much as possible on advancing U.S. priorities.

At the same time, it is imperative to recognize that taxpayers' dollars spent on diplomacy and development—even in relatively modest amounts—can and do promote U.S. prosperity and minimize the need for larger expenditures and costs down the road. Where our development efforts help a country grow its economy and enter into the international trading system, we create new markets for U.S. goods and increase global demand. Where our diplomatic efforts increase the effectiveness of international institutions or bring new partners to the table, we reduce the burdens on American taxpayers. Where our diplomacy, development, and defense work together to prevent state weakness or failure, we avert the need to commit overwhelming military resources or provide exceptional humanitarian relief efforts. Ultimately, sensible and accountable investment in our diplomatic and development capabilities protects and advances the security and prosperity of the United States.

## IV.  GUIDING POLICY PRINCIPLES

As Secretary Clinton stated in August 2009, "In approaching our foreign policy priorities, we have to deal with the urgent, the important, and the long-term all at once." The QDDR presents an opportunity for State and USAID to focus on the long-term, to look up from the press of daily, weekly, and monthly business, from urgent crises and major global events. It allows us to look forward along the road ahead, to take stock of the significant trends, and to assess how the two agencies should respond.

Our response to emerging global trends is based on a set of broader guiding policy principles that provide direction for the capabilities we need to operate in this new international landscape. These guiding principles have been articulated by President Obama and Secretary Clinton

in a number of significant speeches, in the National Security Strategy, and in the Presidential Policy Directive on Development. They respond to the global trends reshaping the international system both by preparing us to meet emerging challenges and to seize the opportunities this new global context is creating.

### Restore and sustain American leadership

The cornerstone of our policy is the restoration and application of American leadership.  As Secretary Clinton said in September 2010, "For the United States, global leadership is both an inescapable responsibility and unparalleled opportunity.... The world looks to us because America has the reach, resources and resolve to mobilize the coalitions needed to solve shared problems on a global scale—in defense of our own interests, but also as a force for international peace and prosperity.  The optimism, confidence and ingenuity that has made America a beacon for the world continue to light the way toward progress.  In this, we have no rival.  And these qualities have never been more needed."

Sustaining our leadership requires the restoration of our own strengths and capacities at home. In Secretary Clinton's words: "[t]oday more than ever, our ability to exercise global leadership depends on building a strong foundation here at home. That's why rising debt and crumbling infrastructure pose very real long-term national security threats."  And that is why President Obama has undertaken bold and important steps toward national renewal, particularly a stronger economy.

### Build a new global architecture of cooperation

America's global leadership also demands a renewal of our approach to foreign policy.  Our leadership must draw on our unique national attributes—our openness and innovation, our determination and devotion to core values—and apply them in new ways. Leadership today requires us to work and partner with others in pursuit of shared objectives, starting with our traditional allies with whom we hold a longstanding community of interests and values, and including emerging centers of regional or global influence, and non-state actors from NGOs and corporate partners to religious groups and individuals.

To this end, we are, in Secretary Clinton's words, "building a new global architecture that could help nations come together as partners to solve shared problems." This requires a long-term approach and investment that involves reshaping existing structures for cooperative action and building new ones in service of our interests and the common interest.  We will build a network of alliances and partnerships, regional organizations and global institutions, that is durable and dynamic enough to help us meet today's challenges, adapt to threats that lie ahead, and seize new opportunities.

# Chapter 3:
# *Elevating and Transforming Development to Deliver Results*

> "It's time for a new mindset for a new century. Time to retire old debates and replace dogmatic attitudes with clear reasoning and common sense. And time to elevate development as a central pillar of our foreign policy and to rebuild USAID into the world's premier development agency."
>
> *– Hillary Rodham Clinton, January 6, 2010*

## INTRODUCTION

President Obama and Secretary Clinton have launched a new era in American foreign policy by committing to elevate development alongside diplomacy and defense as an equal pillar of American foreign policy. In a world shaped by growing economic integration and diffused political power; by the persistent weakness of fragile states; by the tensions wrought by globalization and risks from transnational threats; and by the challenges of hunger, poverty, disease, and global climate change, development progress is essential to promoting America's national security and economic interests, as well as our values.

Successfully incorporating development as a third pillar of our foreign policy requires not merely elevating development, but engineering a new strategy for its pursuit and undertaking the institutional reforms and partnerships necessary to succeed.

The Administration has already begun charting this new approach to development; in September 2010, President Obama issued the first national development policy since President Kennedy created the United States Agency for International Development in 1961. In launching USAID, Kennedy defined a new vision for the role of development in promoting American values and advancing global security. He pronounced a new commitment and a new approach that would match the realities of the post-war world. Responding to current realities, President Obama's 2010 Presidential Policy Directive on Development (PPD) focuses U.S. development efforts on broad-based economic growth, democratic governance, game-changing innovations, and sustainable systems for meeting basic human needs. It defines an approach based in partner-

ship—not patronage—and sets the goal of putting ourselves out of business by putting countries on a path to self-sustaining progress.

Consistent with the PPD, we will focus our efforts in six development areas where the U.S. government is best placed to deliver meaningful results:  food security, global health, global climate change, sustainable economic growth, democracy and governance, and humanitarian assistance. Throughout each of these, we will elevate and refine our approach to women and girls.

The Administration has launched Presidential Initiatives in three of these areas: the Global Health Initiative (GHI), the Global Hunger and Food Security Initiative—Feed the Future (FtF), and the Global Climate Change Initiative (GCCI).  Launched by President Obama, FtF is the U.S. component of a global initiative aimed at promoting a comprehensive approach to food security by accelerating economic growth, raising individual incomes, and reducing poverty. Building on the important foundation of the President's Emergency Plan for AIDS Relief (PEPFAR), the President's Malaria Initiative, and other longstanding programs, GHI expands U.S. global health commitment by focusing on five vital areas in which we can deliver meaningful results:  disease prevention and treatment, health systems, maternal and child health, neglected tropical diseases, and increased research and development.  And GCCI responds to the profound threat climate change poses to development by spurring global greenhouse gas emission reductions in energy sectors and promoting adaptation in vulnerable countries and communities.

Reestablishing our leadership in global development also entails a long-term commitment to rebuilding USAID as the U.S. government's lead development agency—and as the world's premier development agency. This process is already underway. Bipartisan support in the last Administration for a major increase in USAID Foreign Service personnel and technical experts through the Development Leadership Initiative has allowed hiring of hundreds of dynamic development entrepreneurs at the beginning of their careers.

With Secretary Clinton's strong support, USAID Administrator Rajiv Shah has moved rapidly to build on this growth and make the changes necessary to ensure that USAID makes the most out of its new resources.  The QDDR process yielded a number of reforms that Administrator Shah began putting in place in the summer of 2010, including through the *USAID Forward* program (See *USAID Forward,* page 112).  More broadly, the QDDR has focused on the changes at both USAID and the State Department to ensure that our development policy delivers results.

## *1. Leading Presidential Initiatives*

Affirming the United States global leadership on international development is at the core of President Obama's recently released Presidential Policy Directive on Global Development (PPD).   Three signature initiatives of this Administration—the Global Hunger and Food Security Initiative, Feed the Future (FtF); the Global Health Initiative (GHI); and the Global Climate Change Initiative (GCCI)—reflect this commitment and this Administration's approach to development.  As we build USAID to provide global leadership in development in the 21st century, we will now vest USAID with leadership and accountability for the Feed the Future and, upon satisfying defined benchmarks outlined in Appendix 2 at the end of FY2012, the Global Health Initiative.

### Food Security and Feed the Future

Acute hunger threatens the stability of governments, societies, and borders around the world. Hunger leads to hopelessness and desperation, which in turn drives tension, conflict, and violence. As long as sustainable agriculture acts as a common engine for economic growth, energy and climate security, poverty reduction, and human opportunity, food security will have both moral and strategic resonance for the United States. And so we will focus our development efforts on engineering a complete response that sustainably accelerates agricultural development and economic growth, and reduces hunger and poverty. Since the Marshall Plan delivered food relief to Europe in the aftermath of World War II, U.S. food aid has directly reached some three billion people in 150 countries. Through FtF, we will build on this experience to address the root causes of hunger. FtF seeks to sustainably reduce poverty and hunger and boost nutrition through agricultural development and food security—all as part of a broader foundation for inclusive economic growth and global food security.

Launched in March 2009 at the G20 in London, the United States' subsequent commitment to provide at least $3.5 billion over three years has leveraged more than $18 billion in additional commitments from partner countries. As part of this effort, the United States has partnered with the G20 and non G20 countries to establish the Global Agriculture and Food Security Program—a multilateral fund to advance a coordinated response against global hunger. Together, our bilateral and multilateral efforts will invest in technologies and infrastructure that will make farming more productive. And we will make it easier for food to reach the people who need it. Our efforts in this area will be guided by four principles: 1) partnering with countries to create and implement their plans; 2) adopting strategies that deliver results by addressing root causes, focusing on women, and improving country,

Each of these Presidential Initiatives calls for the United States to demonstrate our new way of working in development and diplomacy—transitioning from providing services to helping partner countries build sustainable systems; engaging beneficiary countries and following country-led plans; collaborating across U.S. government agencies and partnering collectively with other countries, multilateral institutions, and the private sector; and remaining resolutely focused on achieving measurable results. In carrying out these efforts, every government agency must be accountable to the American taxpayer for delivering the outcomes projected for these initiatives—results that serve both our values and our national security.

**2.  Honing our comparative strengths: economic growth, democracy and governance, humanitarian assistance, and empowering women**

We expand our impact when we concentrate our efforts. For too many years in too many countries, U.S. development has sought to do too many things, spreading our investments across many sectors and, in the process, sometimes lessening our impact. President Obama recognizes that "no one nation can do everything everywhere and still do it well.  To meet our goals, we must be more selective and focus our efforts where we have the best partners and where we can have the greatest impact." In line with this guidance, which was affirmed as government-wide policy in the Presidential Policy Directive on Global Development (PPD), in all countries in which USAID works we will focus our development resources and build our capabilities in those sectors in which we have the leading expertise to transform lives and societies. In addition to leading Presidential Initiatives in two of these sectors—*food security* and, upon meeting specified benchmarks, *global health*—USAID will also focus on three further development areas of comparative strength:  *sustainable economic growth, democracy and governance, and humanitarian assistance.* Throughout each of these areas, we will strengthen our emphasis on empowering and *creating opportunities for women.*

**Sustainable Economic Growth:**  Economic growth is the single most powerful force for eradicating poverty and expanding opportunity. It transforms countries from development recipients into development partners. Globally, it has lifted hundreds of millions out of poverty in countries from Botswana to Indonesia, Mozambique to Costa Rica. It is transforming the lives of women on every continent and providing a brighter future for their children. Economic growth will therefore be a top priority of our development efforts.

We know that economies grow faster when countries encourage entrepreneurship, invest in infrastructure and education, and expand trade. Economies thrive when governments are accountable, grow when capital is available based on merit—not patronage—and expand

G14

particularly in those instances where the binding constraints on a country's development are largely government capacity limitations. One of the most powerful repositories of interagency expertise, the Office of Technical Assistance (OTA) within the Department of the Treasury has served more than forty countries, offering host governments help in everything from drafting budget, tax, and oversight legislation, to undertaking vital, if sensitive, reforms in areas like central banking and increasing financial services for the poor. Peace Corps volunteers help magnify the impact of U.S. government investments at the community level by ensuring that these investments are community-owned, properly maintained, and sustained over time. And there are many other examples.

Consistent with our commitment to facilitating effective collaboration detailed in Chapter 2, State and USAID will work with the more than two dozen U.S. federal agencies to ensure the implementation of the core objectives of the Presidential Policy Directive. Through the revised strategic and budget planning processes detailed in Chapter 5, we will ensure that assistance activities are coordinated in a single plan that supports a country-led development strategy. We will actively engage with each of these agencies, both in Washington and the field, to ensure that their unique contributions are included and fully utilized.

Through Feed the Future, for example, State and USAID are working closely with the Department of Treasury, Department of Agriculture, the Millennium Challenge Corporation, the Peace Corps, and other agencies to maximize the impact of our investments. The Global Health Initiative is taking a similar approach with State, USAID, the Centers for Disease Control and Prevention, other agencies of the Department of Health and Human Services, the National Institutes of Health, Peace Corps and other agencies. As detailed in Chapter 5, in the field, interagency country teams, under the leadership of the Chief of Mission, will develop comprehensive interagency *Integrated Country Strategies* that reflect shared foreign policy goals and the assistance, engagement, policies, and other means of achieving those goals. USAID and State will also seek greater efficiencies, such as the current GHI effort to harmonize procurement systems with those of other U.S. Government agencies working in health.

- **Partnering with local implementers to ensure sustainable development.** Our aid programs must do more than fill in gaps of services and basic needs; they must equip people and nations to deliver services and take ownership of programs over the long term. USAID and State will invest in national systems, institutions, and implementing partners to the extent practicable. We will design projects so as to be institutionally and financially sustainable over the long term. To do so, in at

Administrator, and through them to the Secretary, for appropriate investment and spending, risk assessment and management (including appropriate risk-taking), monitoring and evaluation, and program results.

### 3. Elevating USAID's voice

Today's most pressing foreign policy challenges, ranging from Afghanistan and Pakistan to Iraq and Yemen are also development challenges. For development to be an equal pillar of U.S. foreign policy in addressing these challenges, the development voice and vision must be heard, both in Washington and abroad. USAID must have a more prominent role in inter-agency foreign policy deliberations and decisions and be able to shape global development conversations. USAID's voice in Washington will be elevated as USAID assumes a lead role on the new Interagency Policy Committee on Global Development, established as part of the 2010 Presidential Policy Directive on Global Development. The USAID Administrator will be included in meetings of the National Security Council as appropriate.

The development perspective must also be incorporated throughout U.S. foreign policy decision-making. To ensure this broader policy role, USAID will have a consistent seat at the policy table on critical foreign policy challenges and contribute its development per-spective to policy debates on national security in other forums. USAID will assume greater responsibility in the preparation of a U.S. Global Development Strategy every four years. As outlined in the PPD, USAID will assume responsibility for crafting a core development and humanitarian assistance budget for all USAID-managed funds, formulate country develop-ment cooperation strategies, and collaborate with others in streamlining and innovating development efforts.  USAID will also create the infrastructure needed to lead interagency disaster relief efforts.

Beyond Washington, USAID must play an expanded role in planning and decision-making in the field.  USAID Missions and U.S. embassies will work together to advance develop-ment objectives and integrate development throughout our policies in country. To this end, USAID Mission Directors will serve as the primary development advisor to Chiefs of Mis-sion, coordinate Country Team contributions to the Country Development Cooperation Strategies, and act as the lead for development cooperation in the field, except in a limited number of countries where the appointment of a Foreign Assistance Coordinator may be required (see Chapter 5).

As the landscape of development cooperation continues to shift with the emergence of new donors and the expansion of multilateral development institutions, USAID must be able

G16

# Appendix 1:
# *Quadrennial Diplomacy and Development Review Process*

Launched by the Secretary Clinton in July 2009, the QDDR was Chaired by Deputy Secretary for Management and Resources Jacob Lew and Co-Chaired by USAID Administrator Rajiv Shah. Executive Director Anne-Marie Slaughter and Chief Operating Officer Karen Hanrahan managed the QDDR process, supported by a core Leadership Team comprised of senior policy, diplomacy, development, and defense advisors from State and USAID, and including detailees from the Department of Defense and the Millennium Challenge Corporation. The Secretary played a direct role in shaping, guiding, and directing the QDDR throughout the processes.

To bring expertise and collaboration to the process, the QDDR Chairs designated senior officials from both State and USAID to serve as co-leaders of five working groups and 12 task forces, described below, that were charged with examining the broad range of capabilities State and USAID require to meet their global objectives. Over 500 personnel from State and USAID participated in these working groups and task forces and many more contributed input and comment through the QDDR's dedicated website, embassy surveys, town halls, and conference calls. An Executive Council, made up of senior State and USAID officials, provided guidance and feedback at transitional phases in the process.

QDDR working groups and task forces held over 120 meetings with congressional staff and representatives from the interagency, academia, the non-governmental community, and the private sector to identify and analyze priorities, challenges, constraints, and recommendations. In addition, some stakeholders formed parallel working groups and/or task forces and prepared written input for the QDDR process and helped guide and shape the final product.

The QDDR drew upon the experiences of other agencies, particularly the Department of Defense, in shaping the Reviews' scope and organization; the Leadership team also reached out to numerous agencies to get relevant feedback at critical points in the process. Finally, the QDDR Team was guided by the Presidential Policy Directive on Development to ensure that findings and recommendations were aligned and complementary.

In **Phase 1** of the process, five working groups, each co-chaired by senior USAID and State leadership, addressed the following issues:

- **Building a Global Architecture of Cooperation** explored the ability of the U.S. government to shape and use international partnerships to address a wide range of global issues and challenges.
- **Leading and Supporting Whole-of-Government Solutions** focused on the institutional roles of State and USAID in implementing interagency approaches to national security and US foreign policy implementation in Washington and in the field.
- **Investing in the Building Blocks of Stronger Societies** explored how to strengthen our development and diplomacy capabilities to achieve development goals in coordination with other donors and institutions, including strengthening local civilian capacity to more effectively promote economic growth, good governance, and security.
- **Preventing and Responding to Crises and Conflict** examined how to build a civilian operational capability and foster a more operational culture across State and USAID for humanitarian, stabilization, and reconstruction missions.
- **Building Operational and Resource Platforms** for examined the planning and budgeting processes, procurement systems, and human resources required to allow State and USAID to fulfill their mandates successfully.

Working Groups submitted their findings to QDDR Chairs at the conclusion of Phase 1 phase in December 2009, which resulted in an Interim Report to the Secretary. That report was provided to the National Security Staff and the interagency for comment and discussion.

Based on the findings of the working groups and comments from the interagency, in **Phase 2** of the process QDDR Chairs established 12 focused task forces, along with a cross-cutting task force on gender integration, to continue analysis and provide recommendations in the following areas:

- **Embassy 2.0** examined our bilateral presence and how to enhance our ability to engage with broader audiences and beyond capitals.
- **Acting Regionally** developed recommendations for more effective regional approaches to global and transnational issues.
- **Multilateral Engagement** examined how to better shape and operate within multilateral institutions.

- **Non-State Partnerships** examined areas for State and USAID coordination in pursuing non-state partnerships to amplify U.S. government diplomatic and development.

- **State/USAID Collaboration** identified principles, structures, and incentives for effective collaboration between State and USAID.

- **Foreign Assistance Effectiveness** developed recommendations for specific mechanisms to facilitate the consistent implementation of aid effectiveness principles throughout foreign assistance programs.

- **Innovation in Development and Diplomacy** examined how to integrate innovation into every aspect of State and USAID's work.

- **Preventing and Responding to Conflict and Instability** developed options for organizing and resourcing State and USAID at headquarters and in the field to prevent and respond to conflict and instability.

- **Human Resource Policies and Practices** developed recommendations to strengthen human resources policies and practices within State and USAID to meet 21st century challenges and opportunities.

- **Contracting and Procurement Reform** examined ways to balance insourcing and outsourcing to achieve foreign assistance objectives.

- **Platforms and Services** developed recommendations for optimizing administrative support services overseas and consolidating management platforms.

- **Strategic Planning, Budgeting, and Accountability for Results** developed recommendations for joint strategic planning, budgeting, and accountability.

- **Gender Integration Task Force** ensured that gender integration was considered throughout the QDDR process. Its members met regularly as a group in addition to participating in each Task Force.

This final Report draws on the findings, reports, and recommendations of the working groups and task forces. Chapters have been carefully vetted within the State Department and USAID; all senior leadership have had the opportunity to provide comment and input to the final document. The Review was submitted to the National Security Staff for interagency review and comment before its public release.

G19

## APPENDIX 1

### QDDR SENIOR LEADERSHIP

Jacob J Lew, Deputy Secretary, Department of State
Rajiv Shah, Administrator, United States Agency for International Development
Anne-Marie Slaughter, Executive Director
Karen Hanrahan, Chief Operating Officer

### EXECUTIVE COUNCIL

| | |
|---|---|
| Kurt Campbell | Susan Reichle |
| Johnnie Carson | Eric Schwartz |
| Sharon Cromer | Andrew Shapiro |
| Robert Hormats | Jeannemarie Smith |
| George Laudato | Gloria Steele |
| Judith McHale | Karen Turner |
| Maria Otero | Ruth Whiteside |

### DRAFTERS AND EDITORS

William W. Burke-White, Principal Drafter and Senior Advisor
Marisa McAuliffe, Special Assistant to the Executive Director
Peter E. Harrell, Editor
Jennifer M. Harris, Editor

### QDDR LEADERSHIP TEAM

Nazanin Ash, Senior Policy Advisor (State)
Derrick Busse, Senior Strategy Advisor (Department of Defense)
Michael Darling, Advisor (Presidential Management Fellow)
Susan Fine, Senior Development Advisor (USAID)
Julie Fossler, Strategic Communications Advisor (USAID)
Natalie Freeman, Senior Development Advisor (USAID)
Matthew Goodman, Senior Economic Advisor (State)
Ciara Knudsen, Senior Advisor (State)
Lisa Langevin, Office Management Specialist (State)
Erik Leklem, Senior Strategy Advisor (Department of Defense)
Amanda Lorman, Staff Assistant/Outreach Coordinator
Alicia Phillips Mandaville, Senior Development Advisor (MCC)
Chris Milligan, Senior Development Advisor (USAID)
Carol L. Martin, Senior Policy Advisor (State)
Edward Meier, Senior Advisor, Office of Deputy Secretary Jacob J Lew (State)
H. Dean Pittman, Senior Diplomacy Advisor (State)
Samantha Raddatz, Office Management Specialist (State)
Carrie Thompson, Senior Development Advisor (USAID)
Lillian Timmerman, Staff Assistant (State)
Leon S. Waskin, Senior Development Advisor (USAID)

**WORKING GROUP CO-LEADS**

**I.  Building a Global Architecture of Cooperation**
*Co-chairs:* Kurt Campbell, Assistant Secretary for East Asian and Pacific Affairs
Karen Turner, Director of the Office of Development Partners

**II.  Leading and Supporting Whole of Government Solutions**
*Co-chairs:* Maria Otero, Under Secretary of State for Global Affairs
Gloria Steele, Deputy Assistant Administrator for Global Health

**III.  Investing in the Building Blocks of Stronger Societies**
*Co-chairs:* Johnnie Carson, Assistant Secretary for African Affairs
George Laudato, Deputy Assistant Administrator for the Middle East

**IV.  Preventing and Responding to Crises and Conflicts**
*Co-chairs:* Eric Schwartz, Assistant Secretary for Population, Refugees, and Migration
Susan Reichle, Deputy Assistant Administrator for Democracy, Conflict, and Humanitarian Assistance

**V.  Building Operational and Resource Platforms for Success**
*Co-chairs:* Ruth Whiteside, Director of the Foreign Service Institute
Sharon Cromer, Deputy Assistant Administrator for Management
Jeannemarie Smith, Senior Advisor to Deputy Secretary Lew

**TASK FORCE CO-LEADS**

**Task Force One: Embassy 2.0**
*Co-Leads:* Kurt Campbell and Anne Aarnes

**Task Force Two: Acting Regionally**
*Co-Leads:* Craig Kelly and Roberta Mahoney

**Task Force Three: Multilateral Engagement**
*Co-Leads:* Esther Brimmer and George Laudato

**Task Force Four: Non-State Partnerships**
*Co-Leads:* Elizabeth Bagley and Karen Turner

**Task Force Five: State/USAID Collaborate**
*Co-Leads:* Maura O'Neill and Maria Otero

**Task Force Six: Foreign Assistance Effectiveness**
*Co-Leads:* Ruth Levine and Steven Radelet

**Task Force Seven: Innovation in Development and Diplomacy**
*Co-Leads:* Maura O'Neill and Alec Ross

**Task Force Eight: Preventing and Responding to Conflict and Instability**
*Co-Leads:* Susan Reichle and Eric Schwartz

**Task Force Nine: Human Resource Policies and Practices**
*Co-Leads:* Steve Browning, Deborah Kennedy-Iraheta, and Nancy Powell

**Task Force Ten: Contracting and Procurement Reform**
*Co-Leads:* Sharon Cromer and William Moser

**Task Force Eleven: Platforms and Services**
*Co-Leads:* Jerry Horton, James Millette, Rick Nygard, and Susan Swart

**Task Force Twelve: Strategic Planning, Budgeting and Accountability for Results**
*Co-Leads:* Mike Casella, Robert Goldberg, and Barbara Retzlaff

**Gender Integration Task Force**
*Co-Leads:* Anita Botti and Alexandria Panehal

# Attachment H

# LEGAL EFFECTIVENESS OF A PRESIDENTIAL DIRECTIVE, AS COMPARED TO AN EXECUTIVE ORDER

*A presidential directive has the same substantive legal effect as an executive order. It is the substance of the presidential action that is determinative, not the form of the document conveying that action.*

*Both an executive order and a presidential directive remain effective upon a change in administration, unless otherwise specified in the document, and both continue to be effective until subsequent presidential action is taken.*

January 29, 2000

## MEMORANDUM FOR THE COUNSEL COUNSEL TO THE PRESIDENT

You have asked our opinion whether there is any substantive legal difference between an executive order and a presidential directive. As this Office has consistently advised, it is our opinion that there is no substantive difference in the legal effectiveness of an executive order and a presidential directive that is not styled as an executive order. We are further of the opinion that a presidential directive would not automatically lapse upon a change of administration; as with an executive order, unless otherwise specified, a presidential directive would remain effective until subsequent presidential action is taken.

We are aware of no basis for drawing a distinction as to the legal effectiveness of a presidential action based on the form or caption of the written document through which that action is conveyed. *Cf.* Memorandum for Harold Judson, Assistant Solicitor General, from William H. Rose, *Re: Statement of Policy Regarding Certain Strategic Materials* (Aug. 28, 1945) (concluding that a letter from President Roosevelt stating the government's policy "constitute[d] a Presidential directive having the force and effect of law," notwithstanding its informality of form). It has been our consistent view that it is the substance of a presidential determination or directive that is controlling and not whether the document is styled in a particular manner. This principle plainly extends to the legal effectiveness of a document styled as a "presidential directive."

Moreover, as with an executive order, a presidential directive would not lose its legal effectiveness upon a change of administration. Rather, in our view, because a presidential directive issues from the Office of the Chief Executive, it would remain in force, unless otherwise specified, pending any future presidential action. *Cf.* Memorandum for Michael J. Egan, Associate Attorney General, from John M. Harmon, Acting Assistant Attorney General, Office of Legal Counsel, *Re: Proposed Amendments to 28 CFR 16, Subpart B* (Apr. 21, 1977) (raising possible concerns about a proposal to delegate to the Deputy Attorney General certain authorities to invoke executive privilege because such a delegation could potentially be inconsistent with a 1969 Memorandum from President Nixon on executive privilege). Indeed, Presidents have frequently used written forms other than executive orders to take actions that were intended to have effect during a subsequent administration. For example, delegations of presidential authority under 3 U.S.C. § 301 have been made pursuant to presidential memoranda. [(1)] *See also, e.g.*, Establishing a Federal Energy Management Program, 3 Pub. Papers Gerald R. Ford 1015 (Nov. 4, 1976) (including a directive to be carried out for FY 1977).

You have also inquired whether a presidential directive could be published in the Federal Register. It is our understanding that any presidential determination or directive can be published

H1

in the Federal Register, regardless of how it is styled. At present, a range of presidential determinations and directives styled other than as executive orders are routinely published in the Federal Register. *See, e.g.*, Determination Pursuant to Section 2(c)(1) of the Migration and Refugee Assistance Act of 1962, as amended, 64 Fed. Reg. 65653 (1999); Report to Congress Regarding Conditions in Burma and U.S. Policy Toward Burma, 64 Fed. Reg. 60647 (1999) (memorandum directing the Secretary of State to transmit report to Congress). We see no reason to believe that the Federal Register would decline to publish the contemplated directive. [(2)]

RANDOLPH D. MOSS
Acting Assistant Attorney General

––––––––––––––––––––

1. At various points over time, Presidents have delegated presidential functions both by executive order and by presidential memorandum. *Compare* Delegation of Authority Under Section 1401(b) of the National Defense Authorization Act for Fiscal Year 2000 (Public Law 106-65), 65 Fed. Reg. 3119 (2000), *with* Exec. Order No. 10,250 (1951) (delegation of functions to the Secretary of the Interior), *reprinted as amended in* 3 U.S.C. § 301 app. (1994).

2. Because the decision whether an item can be published is made by the Office of the Federal Register, we would suggest confirming this with that office. If you would like, we would be happy to do so on your behalf.

H2

# Attachment I













**USAID**
**Forward**
PROGRESS
REPORT
2 0 1 3

# TABLE OF CONTENTS

ADMINISTRATOR'S FOREWORD — 04

INTRODUCTION: MEETING OUR MISSION WITH RENEWED CAPACITY — 06

DELIVERING RESULTS ON A MEANINGFUL SCALE THROUGH A STRENGTHENED USAID — 08

PROMOTING SUSTAINABLE DEVELOPMENT THROUGH HIGH IMPACT PARTNERSHIPS — 14

IDENTIFYING AND SCALING UP INNOVATIVE, BREAKTHROUGH SOLUTIONS TO INTRACTABLE DEVELOPMENT CHALLENGES — 24

ANNEX 1: SCORECARD OF INDICATORS — 28

ANNEX 2: GLOSSARY OF TERMS — 32

# ADMINISTRATOR'S FOREWORD ........................................

Several years ago, we set ourselves the ambitious task of transforming USAID into the world's premier development agency—a modern development enterprise that could represent the best of American ideals abroad, while advancing the security and prosperity of Americans at home.

Under the strong leadership of President Obama and Secretary Clinton, we designed a set of fundamental reforms, called USAID Forward, to make our Agency more efficient, effective and business-like than ever before. The principles behind these reforms reflect the global discourse on development that has evolved over the last decade. Internally, the momentum for these reforms first grew out of a Mission Directors' conference that I attended a few weeks before I was sworn in as Administrator, and they have been shaped by ideas and feedback from our staff around the world.

At that conference, we heard from USAID's senior officials that it was important to engage in long-term, strategic development planning and project design informed by cutting-edge evidence and analysis. That is why we made strengthening USAID's policy and budget management key elements of our reform agenda and developed a world-class new evaluation policy to ensure our efforts deliver results.

We heard about the desire to recapture our Agency's strong tradition of discovery and innovation that helped eradicate smallpox and launch the Green Revolution. As a result, we're fostering a renewed spirit of innovation and investing in science and technology to bend the curve of development.

We heard that our staff wanted to work more closely with our partners in country to ensure our work leads to sustainable results. That is why we have begun a critical shift in the way we administer

our assistance, placing a greater emphasis on public-private partnerships and working with local governments and civil society organizations.

Perhaps most importantly, we heard that we had to proactively support the enormous talent within our own Agency and our nation's development community in order to achieve serious reform and real results. To help deliver against this vital task, we continued the effort started in the previous administration to rebuild our Foreign Service cadre by recruiting new officers whose technical expertise reflects the Agency's priorities. We are also designing new opportunities for all our staff to learn and grow so that their creativity and expertise can be used to advance our mission.

After more than two years, USAID Forward has touched upon every part of our Agency, bringing new partnerships, a greater emphasis on innovation and a relentless focus on results. Taken together, these reforms have formed the foundation of a new model for development that will continue to define the way we work. It is a model that recognizes that the problems we face—from extreme poverty to climate change—are solvable. But solving them requires a meaningful commitment from all parts of our community.

USAID Forward hasn't just changed the way we work. It's helped change the kind of results we can deliver. In the last year, we helped launch new global partnerships to dramatically accelerate and scale up efforts in food security and child survival. Announced by President Obama at the G8 Summit in 2012, the New Alliance for Food Security and Nutrition has encouraged six African governments to commit to market-oriented reforms and more than 70 companies—half of them local African firms—to commit $3.75 billion towards African agriculture. Led by developing

I4



countries themselves, the Call to Action in Child Survival rallied the world behind a new approach to end preventable child death. More than 170 countries signed a pledge to reduce child mortality, and more than 200 civil society organizations and 220 faith-based organizations echoed this call with commitments of their own.

We still have far to go and we will continue to pursue these innovative reforms in partnership with Secretary Kerry. The challenge before us now is not only to sustain our progress, but also to deepen and accelerate our efforts. Because even in this era of fiscal constraint, we must work together to answer President Obama's call to end extreme poverty and its most devastating corollaries, including widespread hunger and preventable child death.

In order to get there, we must continue to work harder to ensure these reforms become an integral part of the way we do business every day. That means backing cutting-edge innovations to develop the next generation of breakthrough technologies. It means taking advantage of fast-moving technology, like mobile banking, to reduce corruption and expand economic opportunity. It also means harnessing the vast potential of the development community—from faith-based organizations to local community cooperatives to private sector firms—to achieve results at a greater scale than ever before.

Most of all, it means maintaining focus on our ultimate goal: working ourselves out of business and replacing our efforts with those of responsible institutions, vibrant private sectors and thriving civil societies. This is precisely the vision that Secretary Kerry recently shared in his first major address as Secretary of State: "Our goal is to use assistance and development to help nations realize their own potential, develop their own ability to govern, and become our economic partners."

Finally, I want to extend my sincere appreciation to all who worked so hard to design, implement and measure our progress under USAID Forward. Behind every data point of progress is a team of talented and committed professionals that are pushing the boundaries of what is possible in development. We are also grateful to those in our broader community who contributed their time and expertise to help us shape a reform agenda that is enabling us to deliver even greater results for the American people and the communities we serve around the world.

*Rajiv Shah*

Rajiv Shah
USAID Administrator

i5

# INTRODUCTION: MEETING OUR MISSION WITH RENEWED CAPACITY

Three years ago, President Obama and Secretary Clinton called for the elevation of development as a key part of America's national security and foreign policy. Through both the first-ever Presidential Policy Directive on Global Development and the Quadrennial Diplomacy and Development Review, they set forth a vision of an empowered and robust Agency that could lead the world in solving the greatest development challenges of our time.

To meet these high expectations and approach our mission with renewed capacity, we have undertaken an ambitious reform agenda called USAID Forward. We focused on seven key areas: budget management, policy capacity, implementation and procurement reform, monitoring and evaluation, innovation, science and technology, and talent management. In each area, we set aspirational targets that established a common language for success, challenged our partners, and encouraged us to step out of our comfort zone. Although we're measuring progress according to these specific indicators, they serve as proxies for our underlying development goals. Ultimately, each reform falls into one of the following three separate but mutually reinforcing principles that we believe defines good development work today.

## Deliver results on a meaningful scale through a strengthened USAID

> As the Presidential Policy Directive on Global Development explained, the United States "cannot do all things, do them well, and do them everywhere." In order to maximize our impact with every development dollar, we have to pursue a more strategic, focused and results-oriented approach. That means:

> Designing country and sector development strategies and projects to better align U.S. Government resources with the priorities of our partner countries;

> Evaluating projects and publicly reporting on the results so that we can learn what works and what does not;

> Investing in our own staff by continuing to look for new ways to support our talent; and

> Being more focused and selective about the countries and areas in which we work to strengthen the impact of our investments.



## Promote sustainable development through high-impact partnerships

In order to achieve long-term, sustainable development, we have to support the institutions, private sector partners and civil society organizations that serve as engines of growth and progress for their own nations. We must develop the capabilities of our partners to direct their own development by:

> Investing directly in partner governments and local organizations where the capacity exists, and strengthening it where there are gaps, so they can provide for their own citizens; and

> Forging high-impact public-private partnerships with new and existing partners that leverage new resources and expertise to expand the reach and impact of our work.

16



## Identify and scale up innovative, breakthrough solutions to intractable development challenges

For centuries, some of the greatest successes in development have come from extending the reach of science and technological breakthroughs to those who lacked access. At USAID, we have a strong history of partnership with the scientific community that helped pioneer these innovations, from helping usher in the Green Revolution with higher-yielding wheat and rice seeds to helping scale up the use of oral rehydration therapy to save tens of millions of lives from diarrheal diseases. Today, we're working to capture this legacy by:

» Investing in new technologies and research to source and scale game-changing development solutions; and

» Supporting the adoption of electronic payment and mobile money systems to dramatically expand opportunity with an eye towards greater gender equality and financial inclusion.



"President Obama, Secretary Clinton, and Administrator Shah have committed to rebuilding USAID as the world's pre-eminent development agency, capable of delivering on America's commitment to promote **high-impact development** around the world."

— *Quadrennial Diplomacy and Development Review, 2010*

As you will see in this report, we have made great strides over the last several years at laying a foundation for success and institutionalizing these reforms as a core part of our Agency. We have re-established our policy bureau and budget office from scratch, giving us greater control over how, when and where to spend our resources. In 2012, we moved money to our bureaus a full three months earlier than the year before— allowing our missions to better manage and plan their programs.

In order to ensure our own guidance and policies are not standing in the way of our success, we undertook a systematic review of our existing policies to help break institutional barriers and remove onerous reporting requirements. We provided our missions with greater flexibility to work with local civil society and private sector organizations; created a sophisticated risk-based assessment tool to determine the financial management capacity of partner country governments; and standardized project design guidelines. We have made real progress as a community in advancing USAID Forward and expect even greater success in the years to come.

I7

**Attachment J**

Case 1:13-cv-00414-ESH   Document 15-1   Filed 08/01/13   Page 67 of 68

Get Email Updates | Contact Us

Home • The Administration • Executive Office of the President

Search WhiteHouse.gov [ Search ]

**THE ADMINISTRATION**

President Barack Obama

Vice President Joe Biden

First Lady Michelle Obama

Dr. Jill Biden

The Cabinet

White House Staff

Executive Office of the President

Other Advisory Boards

# Executive Office of the President

Every day, the President of the United States is faced with scores of decisions, each with important consequences for America's future. To provide the President with the support that he or she needs to govern effectively, the Executive Office of the President (EOP) was created in 1939 by President Franklin D. Roosevelt. The EOP has responsibility for tasks ranging from communicating the President's message to the American people to promoting our trade interests abroad.

Overseen by the White House Chief of Staff, the EOP has traditionally been home to many of the President's closest advisors.

The following entities exist within the Executive Office of the President:

- Council of Economic Advisers
- Council on Environmental Quality
- Executive Residence
- National Security Staff
- Office of Administration
- Office of Management and Budget
- Office of National Drug Control Policy
- Office of Science and Technology Policy
- Office of the United States Trade Representative
- Office of the Vice President
- White House Office

In addition, the following entities exist within the White House Office:

- Domestic Policy Council
  - Office of National AIDS Policy
  - Office of Faith-based and Neighborhood Partnerships
  - Office of Social Innovation and Civic Participation
  - White House Rural Council
- National Security Advisor
- National Economic Council
- Office of Cabinet Affairs
- Office of the Chief of Staff
- Office of Communications
  - Office of the Press Secretary
  - Media Affairs
  - Research
  - Speechwriting
- Office of Digital Strategy
- Office of the First Lady
  - Office of the Social Secretary
- Office of Legislative Affairs
- Office of Management and Administration
  - White House Personnel
  - White House Operations
  - Telephone Office



Facebook   YouTube

Twitter   Vimeo

Flickr   iTunes

Google+   LinkedIn

J1

- ○ Visitors Office
- Oval Office Operations
- Office of Presidential Personnel
- Office of Public Engagement and Intergovernmental Affairs
  - ○ Office of Public Engagement
    - ■ Council on Women and Girls
  - ○ Office of Intergovernmental Affairs
  - ○ Office of Urban Affairs
- Office of Scheduling and Advance
- Office of the Staff Secretary
  - ○ Presidential Correspondence
  - ○ Executive Clerk
  - ○ Records Management
- Office of the White House Counsel

The EOP Fiscal Year (FY) 2014 Congressional Budget Submission, supporting the offices and councils within the EOP, was submitted to the Congress on April 10, 2013.

The EOP Fiscal Year (FY) 2013 Congressional Budget Submission, supporting the offices and councils within the EOP, was submitted to the Congress on February 13, 2012.

The EOP Fiscal Year (FY) 2012 Congressional Budget Submission, supporting the offices and councils within the EOP, was submitted to the Congress on February 14, 2011.

The EOP Fiscal Year (FY) 2011 Congressional Budget Submission was submitted to the Congress on February 2, 2010.

W W W . W H I T E H O U S E . G O V

En español | Accessibility | Copyright Information | Privacy Policy | Contact
USA.gov | Developers | Apply for a Job

J2