UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR EFFECTIVE GOVERNMENT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE and U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-cv-414<br>) Judge Ellen S. Huvelle<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GAVIN R. BAKER**

I, Gavin R. Baker, declare as follows:

1. I am an Open Government Policy Analyst at the Center for Effective Government. In this capacity, I am responsible for researching issues in the field of government transparency, including studying trends in access to public information and analyzing the operation and impacts of government transparency policies. As part of my responsibilities, I periodically file requests to agencies under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, in order to access information that will allow me to better understand the functioning of government agencies and policies. I submit this declaration in support of the Center for Effective Government's motion for summary judgment and in opposition to the motion for summary judgment filed by defendants U.S. Department of State and the U.S. Agency for International Development (USAID). I have personal knowledge of the facts stated herein.

**Interest of the Center for Effective Government**

2.      The Center for Effective Government is a nonprofit, nonpartisan research and advocacy organization based in Washington, D.C. Formed as OMB Watch in 1983, the organization became the Center for Effective Government in January 2013. The Center for Effective Government's mission is to build an open, accountable government that invests in the common good, protects people and the environment, and advances the national priorities defined by an active, informed citizenry. The Center for Effective Government conducts policy research and develops policy proposals, creates and disseminates tools and communications materials to encourage citizen participation and government accountability, and builds broad-based coalitions to ensure that government is effective and responsive to the priorities of the American people.

3.      As part of its open government policy research, the Center for Effective Government has focused on the need for good governance to bring about desired outcomes of public spending, including in the area of foreign development aid. Money is not all that matters in development. Rather, the Center believes that effective and accountable governance is also necessary, and transparency forms the basis for that kind of governance.

4.      The Center for Effective Government has raised concerns about the transparency of U.S. development aid activities. The U.S. government invests significant funds in development aid; for instance, President Obama's Fiscal Year 2010 Budget requested $36.5 billion for foreign assistance at the Department of State and other

international programs.[1] However, studies have found marked deficits in the transparency of those activities. For example, a 2010 study by the Center for Global Development and the Brookings Institution ranked the United States 24th on aid transparency out of 31 donors,[2] while another 2010 study by Publish What You Fund ranked the United States 25th out of 30 donors.[3] Compared to other donors, the U.S. government less frequently reports the specific entity, such as a particular government ministry or non-governmental organization, that receives aid, according to the Center for Global Development and Brookings Institution report.[4] Without transparency, the public cannot assess the effectiveness of aid activities; without such public oversight, ineffective practices may continue. For foreign aid to achieve development goals, we need to know what actions the United States is taking, including a full disclosure of aid flow and activities, and what results the United States sees as a result of those actions.

### The Presidential Policy Directive on Global Development

5. President Obama signed the Presidential Policy Directive on Global Development in 2010. According to a White House fact sheet, the Directive "provides

---

[1] Office of Management and Budget, The White House, U.S. Department of State and Other International Programs (2009), *available at* http://www.whitehouse.gov/omb/fy2010_department_state.

[2] Nancy Birdsall & Homi Kharas, Brookings Institution and the Center for Global Development, *Quality of Official Development Assistance Assessment* 23 (2010), *available at* http://www.cgdev.org/sites/default/files/1424481_file_CGD_QuODA_web.pdf; *see also* Gavin Baker, Center for Effective Government, *U.S. Scores Poorly on Transparency of Foreign Aid Spending*, Fine Print Blog, Oct. 7, 2010, *available at* http://www.foreffectivegov.org/node/11319.

[3] Publish What You Fund, *Aid Transparency Assessment 2010*, at 34 (2010), *available at* http://www.publishwhatyoufund.org/files/Aid-Transparency-Assessment.pdf; *see also* Gavin Baker, Center for Effective Government, *Another Assessment Finds U.S. Among Least Transparent of Foreign Aid Donors*, Fine Print Blog, Oct. 26, 2010, *available at* http://www.foreffectivegov.org/node/11342.

[4] Birdsall & Kharas, Quality of Official Development Assistance Assessment, at 70.

clear policy guidance to all U.S. Government agencies" with regard to development policy and identifies the United States' "core objectives, [its] operational model, and the modern architecture [it] need[s] to implement this policy." White House Office of the Press Secretary, Fact Sheet, U.S. Global Development Policy, http://www.whitehouse.gov/the-press-office/2010/09/22/fact-sheet-us-global-development-policy (attached to the separate declaration of Julie Murray in support of the Center for Effective Government's motion for summary judgment).

6.   Of particular interest to the Center for Effective Government, the Directive commits to "streamlined operating methods and greater transparency" at USAID. *Id.* However, the White House fact sheet does not explain how USAID will implement this commitment to increased transparency or what additional information will be made available to the public.

7.   Seeking to understand better how the Presidential Policy Directive on Global Development might affect the transparency of U.S. development aid activities, I attempted to access the text of the Directive. I was unable to locate the text on any publicly available website, and my informal requests to relevant public affairs offices and other government officials were unsuccessful. Therefore, I filed FOIA requests for a copy of the Directive.

## FOIA Requests

8.   On March 3, 2011, I submitted a FOIA request on behalf of the Center for Effective Government (then known as OMB Watch) to the Department of State for a copy of the Directive. The Department denied my FOIA request. I appealed, and the Department affirmed the denial on appeal.

9. On March 3, 2011, I also submitted a FOIA request on behalf of the Center for Effective Government to USAID for a copy of the Directive. USAID denied my FOIA request. I appealed, and the agency affirmed the denial on appeal.

### The Public Interest in Disclosure

10. Disclosure of the Directive would inform the Center for Effective Government's research into the transparency of U.S. development aid activities. Furthermore, because the Center for Effective Government intends to make a copy of the Directive available to the public, the Directive's disclosure would enable researchers and the public to better understand U.S. development policy, including how the Directive impacts agency operations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed July 22, 2013, in Washington, DC.

/s/  Gavin R. Baker  
Gavin R. Baker