# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CENTER FOR EFFECTIVE GOVERNMENT,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 13-0414 (ESH) ) |
| **U.S. DEPARTMENT OF STATE,** *et al.*, | ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of the defendants' motion for summary judgment [Dkt. No. 11], plaintiff's opposition thereto and cross-motion for summary judgment [Dkt. No. 15], defendants' opposition and reply [Dkt. No. 17], and plaintiff's reply [Dkt. No. 20], it is hereby

**ORDERED** that defendants shall produce to the Court for *in camera* inspection by November 15, 2013, a copy of the Presidential Policy Directive on Global Development.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 8, 2013